| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Marc J. Feldman, Esq., State Bar No. 144830<br>Sheppard Mullin Richter & Hampton LLP<br>501 W. Broadway, 19th Floor<br>San Diego, CA 92101<br>Telephone:  (619) 338-6558<br>Facsimile:  (619) 234-3815<br>mfeldman@sheppardmullin.com<br>ATTORNEY(S) FOR: Defendant Allstate Insurance Company | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alan Baker, Linda B. Oliver<br><br>Plaintiff(s),<br>v.<br>Allstate Insurance Company<br><br>Defendant(s) | CASE NUMBER:<br>2:19-cv-08024<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant Allstate Insurance Company
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Alan Baker | Plaintiff, an Individual |
| Linda B. Oliver | Plaintiff, an Individual |
| The Allstate Corporation | Corporate Parent of Allstate Insurance Company |
| Allstate Insurance Company | Defendant, an Illinois corporation, is a wholly owned subsidiary of The Allstate Corporation |

| | |
|---|---|
| September 17, 2019<br>Date | s/ Marc J. Feldman<br>Signature<br>Marc J. Feldman<br><br>Attorney of record for (or name of party appearing in pro per):<br><br>Defendant Allstate Insurance Company |


American LegalNet, Inc.
www.FormsWorkFlow.com