SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 111707
MARC J. FELDMAN, Cal. Bar No. 144830
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
Facsimile: 619.234.3815
E mail  pklee@sheppardmullin.com
    mfeldman@sheppardmullin.com

Attorneys for Allstate Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BAKER,<br>LINDA B. OLIVER,<br><br>  Plaintiffs,<br><br> v.<br><br>ALLSTATE INSURANCE COMPANY,<br>EDWARD CARRASCO, and DOES 1<br>through 10, inclusive,<br><br>  Defendants. | Case No. 2:19-cv-08024<br><br>[Removed from Los Angeles County<br>Superior Court, Case No. 19STCV28664]<br><br>**PROOF OF SERVICE**<br><br>[Complaint Filed: August 13, 2019]<br>Trial Date:  None set |

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, 19th Floor, San Diego, CA 92101-3598.

On September 17, 2019, I served true copies of the following document(s) described as:

**ALLSTATE INSURANCE COMPANY'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTION 1441 (DIVERSITY JURISDICTION)**

**CIVIL COVER SHEET**

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

on the interested parties in this action as follows:

| | |
|---|---|
| Christopher G. Hook<br>Law Offices of Christopher G. Hook<br>4264 Overland Avenue<br>Culver City, California 90230 | **Attorneys for Plaintiffs**<br><br>Tel: (310) 839-5179<br>Email: chris@cghlaw.com |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 17, 2019, at San Diego, California.

*Kimberly K. Parke*
Kimberly K. Parke

SMRH:4838-2865-0662.1                                                          PROOF OF SERVICE