| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | A Limited Liability Partnership |
| 2 | Including Professional Corporations |
| | PETER H. KLEE, Cal. Bar No. 111707 |
| 3 | MARC J. FELDMAN, Cal. Bar No. 144830 |
| | 501 West Broadway, 19th Floor |
| 4 | San Diego, California 92101-3598 |
| | Telephone:    619.338.6500 |
| 5 | Facsimile:     619.234.3815 |
| | E mail          pklee@sheppardmullin.com |
| 6 |                      mfeldman@sheppardmullin.com |
| 7 | Attorneys for Allstate Insurance Company |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | ALAN BAKER, | Case No. 2:19-cv-08024 |
| 12 | LINDA B. OLIVER, | [Removed from Los Angeles County Superior Court, Case No. 19STCV28664] |
| 13 | Plaintiffs, | **PROOF OF SERVICE** |
| 14 | v. | |
| 15 | ALLSTATE INSURANCE COMPANY, EDWARD CARRASCO, and DOES 1 through 10, inclusive, | [Complaint Filed: August 13, 2019] Trial Date:         None set |
| 16 | Defendants. | |

-1-

SMRH:4838-2865-0662.1                                                                               PROOF OF SERVICE

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, 19th Floor, San Diego, CA 92101-3598.

On September 20, 2019, I served true copies of the following document(s) described as:

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGE**

**NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**

**MINUTE ORDER (IN CHAMBERS)**

on the interested parties in this action as follows:

| | |
|---|---|
| Christopher G. Hook<br>Law Offices of Christopher G. Hook<br>4264 Overland Avenue<br>Culver City, California 90230 | **Attorneys for Plaintiffs**<br><br>Tel: (310) 839-5179<br>Email: chris@cghlaw.com |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 20, 2019, at San Diego, California.

*Kimberly K. Parke*
Kimberly K. Parke