SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 111707
MARC J. FELDMAN, Cal. Bar No. 144830
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:   619.234.3815
E mail         pklee@sheppardmullin.com
                   mfeldman@sheppardmullin.com

Attorneys for Allstate Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BAKER,<br>LINDA B. OLIVER,<br><br>          Plaintiffs,<br><br>     v.<br><br>ALLSTATE INSURANCE COMPANY,<br>EDWARD CARRASCO, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 2:19-cv-08024-ODW-JC<br><br>**EDWARD CARRASCO'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Hon. Otis D. Wright II<br><br>**Hearing:**<br>Date:     November 18, 2019<br>Time:    1:30 p.m.<br>Dept:    First Street Courthouse,<br>            Courtroom 5D<br><br>[Complaint Filed: August 13, 2019]<br>Trial Date:            None set |

TO: PLAINTIFFS AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that on November 18, 2019 at 1:30 p.m. before the Honorable Otis D. Wright II, at the First Street Courthouse, 350 West 1st Street, Los Angeles, CA. 90012, in Courtroom 5D, defendant Edward Carrasco will move and does hereby move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for dismissal of the claims against him.

This motion is made on the ground plaintiffs have not stated a legally viable claim for relief against Mr. Carrasco, an insurance claims adjuster acting on behalf of Allstate and a non-party to the contract of insurance.

This motion is based upon this notice, the accompanying memorandum of points and authorities, the pleadings and papers on file, and upon such other evidence and argument as may be presented.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on September 17, 2019.

Dated: September 24, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    *s/ Marc J. Feldman*
      MARC J. FELDMAN

Attorneys for Allstate Insurance Company