UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BAKER, LINDA B. OLIVER,<br><br>  Plaintiffs,<br><br>  v.<br><br>ALLSTATE INSURANCE COMPANY, EDWARD CARRASCO, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 2:19-cv-08024-ODW-JC<br><br>**[PROPOSED] ORDER GRANTING EDWARD CARRASCO'S MOTION TO DISMISS**<br><br>Hon. Otis D. Wright II<br><br>**Hearing:**<br>Date:   November 18, 2019<br>Time:   1:30 p.m.<br>Dept:   First Street Courthouse, Courtroom 5D<br><br>[Complaint Filed: August 13, 2019]<br>Trial Date:    None set |

1    The Motion to Dismiss of defendant Edward Carrasco came on for hearing on
2 November 18, 2019.  All parties were represented by counsel as shown in the
3 minutes.
4    The Court has considered the submissions and arguments by the parties and
5 finds the complaint fails to state a cause of action against Mr. Carrasco.
6    Accordingly,
7    IT IS HEREBY ORDERED that Mr. Carrasco's Motion to Dismiss is
8 GRANTED. All claims against Mr. Carrasco are dismissed without leave to amend.
9 The Court determines there is no just reason for delay in entry of judgment, thus the
10 Clerk shall enter judgment pursuant to Federal Rule of Civil Procedure 54(b).
11    IT IS SO ORDERED.

13 DATED:

16                                   Hon. Otis D. Wright II
                                     UNITED STATES DISTRICT JUDGE