SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 111707
MARC J. FELDMAN, Cal. Bar No. 144830
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:   619.234.3815
E mail         pklee@sheppardmullin.com
                  mfeldman@sheppardmullin.com

Attorneys for Allstate Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BAKER,<br>LINDA B. OLIVER,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALLSTATE INSURANCE COMPANY,<br>EDWARD CARRASCO, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-08024-ODW-JC<br><br>**ALLSTATE INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' THIRD, FOURTH, FIFTH, SIXTH, AND SEVENTH CAUSES OF ACTION**<br><br>Hon. Otis D. Wright II<br><br>**Hearing:**<br>Date:　November 18, 2019<br>Time:　1:30 p.m.<br>Dept:　First Street Courthouse, Courtroom 5D<br><br>[Complaint Filed: August 13, 2019]<br>Trial Date:　　None set |

1  TO: PLAINTIFFS AND THEIR ATTORNEYS:

2  PLEASE TAKE NOTICE that on November 18, 2019 at 1:30 p.m. before the
3  Honorable Otis D. Wright II, in the First Street Courthouse, 350 West 1st Street, Los
4  Angeles, CA. 90012 - Courtroom 5D, defendant Allstate Insurance Company will
5  move and does hereby move pursuant to Rule 12(b)(6) of the Federal Rules of Civil
6  Procedure for dismissal of the Third, Fourth, Fifth, Sixth, and Seventh Causes of
7  Action of Plaintiff's Complaint.

8  This motion is made on the grounds that: (1) negligence is not a recognized
9  cause of action for an insurance company's alleged failure to adequately pay policy
10 benefits; (2) plaintiffs have not adequately alleged intentional infliction of emotional
11 distress; (3) plaintiffs' cause of action under California Business and Professions
12 Code section 17200 fails because their breach of contract and bad faith claims
13 provide them with adequate remedies at law; (4) plaintiffs have not adequately
14 alleged that they are elders, and because the financial elder abuse statute applies to
15 conduct designed to con elders out of money, not to garden variety disputes over the
16 cost of an insurance claim; and (5) injunctive relief is not recognized as a cause of
17 action.

18 This motion is based upon this notice, the accompanying memorandum of
19 points and authorities, the pleadings and papers on file, and upon such other
20 evidence and argument as may be presented.

21 This motion is made following the conference of counsel pursuant to Local
22 Rule 7-3 which took place on September 17, 2019.

23
24
25
26
27
28

-1-   Case No. 2:19-cv-08024

SMRH:4841-9684-4966.1   ALLSTATE'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' THIRD, FOURTH, FIFTH, SIXTH, AND SEVENTH CAUSES OF ACTION

1  Dated:  September 24, 2019

2                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4

                               By      *s/ Marc J. Feldman*
5                                         MARC J. FELDMAN

6
                               Attorneys for Allstate Insurance Company
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28