| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Marc J. Feldman, Esq., State Bar No. 144830<br>Jack Burns, Esq. State Bar No. 290523<br>Sheppard Mullin Richter & Hampton LLP<br>501 W. Broadway, 19th Floor<br>San Diego, CA 92101<br>Telephone: (619) 338-6558 /Facsimile: (619) 234-3815<br>mfeldman@sheppardmullin.com<br>ATTORNEY(S) FOR: Defendants Allstate Insurance Company and Edward Carrasco | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alan Baker, Linda B. Oliver<br><br>Plaintiff(s),<br>v.<br><br>Allstate Insurance Company<br><br>Defendant(s) | CASE NUMBER:<br>2:19-cv-08024<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant Allstate Insurance Company and Edward Carrasco
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Edward Carrasco | Defendant |

September 25, 2019   /s/ Jack Burn
Date   Signature
   Jack Burns

   Attorney of record for (or name of party appearing in pro per):

   Defendant Allstate Insurance Company and Edward Carrasco

CV-30 (05/13)   **NOTICE OF INTERESTED PARTIES**