**LAW OFFICES OF CHRISTOPHER G. HOOK**
Christopher G. Hook (State Bar No. 255080)
4264 Overland Avenue
Culver City, California 90230
Phone: (310) 839-5179
E-mail: chris@cghlaw.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BAKER,<br>LINDA B. OLIVER,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>ALLSTATE INSURANCE COMPANY,<br>EDWARD CARRASCO, and<br>DOES 1 through 10, inclusive,<br><br>　　　Defendants. | CASE NO. 2:19-cv-08024<br><br>STIPULATION TO FEDERAL JURISDICTION AND DISMISSAL OF EDWARD CARRASCO WITHOUT PREJUDICE |

Plaintiffs ALAN BAKER and LINDA B. OLIVER hereby:

1. Agree to dismiss their claims against EDWARD CARRASCO without prejudice;

2. Stipulate to the jurisdiction of the Federal Court, Central District of California on the basis of diversity jurisdiction.

The reason for this stipulation is that the undersigned took the initial session of EDWARD CARRASCO on November 15, 2019, and the initial session of his supervisor ROBERT ROMERO on November 13, 2019. Both depositions were "paused" at the request of the witnesses after approximately three hours of testimony, to be continued within sixty (60) days. Strong evidence in support of a bad faith claim against ALLSTATE was recorded.

-1-
STIPULATION TO FEDERAL JURISDICTION

1  At this time the undersigned is informed and believes the most valuable part of
2  Plaintiffs' claim is for punitive damages against ALLSTATE INSURANCE COMPANY,
3  in an amount which is difficult to estimate due to the Defendant's wealth, the true depth
4  and cause of misconduct in this case and whether it happened to others, and
5  ALLSTATE'S prior history of having to pay such awards, which is unknown to the
6  undersigned at this time, and potentially best determined in Federal Court.

7  Maintaining jurisdiction in this Court is in the interest of justice because discovery
8  has been exchanged under this case number, over six thousand pages, and the two most
9  important depositions have already begun. Plaintiffs do not wish to be sent back to State
10 court to have to start at "square one" in a slower justice system with less resources.

11 For the reasons set forth above, Plaintiffs hereby dismiss their claims against Mr.
12 CARRASCO without prejudice and stipulate to proceeding against ALLSTATE
13 INSURANCE COMPANY in this Court on a single cause of action of Bad Faith Insurance
14 Practices.

16 DATED: November 17, 2019            LAW OFFICES OF CHRISTOPHER G. HOOK

18
                                      By:    /s/ *Christopher G. Hook*
19                                           CHRISTOPHER G. HOOK

20                                    Attorney for Plaintiffs

LAW OFFICES OF CHRISTOPHER G. HOOK
Attorney at Law
4264 OVERLAND AVENUE
CULVER CITY, CALIFORNIA 90230
TELEPHONE (310) 839-5179  CHRIS@CGHLAW.COM