| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
| | PETER H. KLEE, Cal. Bar No. 111707 |
| 3 | MARC J. FELDMAN, Cal. Bar No. 144830 |
| | JACK F. BURNS, Cal. Bar. No. 290523 |
| 4 | 501 West Broadway, 19th Floor |
| | San Diego, California 92101-3598 |
| 5 | Telephone: 619.338.6500 |
| | Facsimile: 619.234.3815 |
| 6 | E mail     pklee@sheppardmullin.com |
| |             mfeldman@sheppardmullin.com |
| 7 |             jburns@sheppardmullin.com |

Attorneys for Allstate Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BAKER,<br>LINDA B. OLIVER,<br><br>            Plaintiffs,<br><br>   v.<br><br>ALLSTATE INSURANCE COMPANY,<br>EDWARD CARRASCO, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:19-cv-08024-ODW-JC<br><br>**ALLSTATE INSURANCE COMPANY'S EX PARTE APPLICATION FOR AN ORDER: (1) DISMISSING THIS ACTION, (2) DISQUALIFYING CHRISTOPHER HOOK AS PLAINTIFFS' COUNSEL, (3) RESTRAINING MR. HOOK FROM COMMUNICATING WITH OR APPROACHING ALLSTATE OR ITS ATTORNEYS, (4) STOPPING DEPOSITIONS FROM PROCEEDING, AND (5) AWARDING SANCTIONS.**<br><br>Hon. Otis D. Wright II<br><br>Dept:    First Street Courthouse, Courtroom 5D<br><br>[Complaint Filed: August 13, 2019]<br>Trial Date:    None set |

1    Defendant Allstate Insurance Company hereby applies for an ex parte order:
2 (1) dismissing this action, (2) disqualifying Christopher Hook as Plaintiffs' counsel,
3 (3) restraining Mr. Hook from communicating with or approaching Allstate or its
4 attorneys, (4) halting the depositions noticed by Plaintiffs from proceeding, and (5)
5 awarding sanctions of $6370 against Mr. Hook.
6    Allstate brings this application because Mr. Hook has engaged in continuing
7 abusive and intolerable conduct including: sending numerous profanity-laced
8 emails, using discriminatory epithets, and repeatedly threatening physical violence
9 against Allstate's witnesses, Allstate's attorneys, and their families.
10    Allstate makes this application under Local Rule 7-19, Federal Rule of Civil
11 Procedure 65, and the Court's inherent authority to regulate its docket and the
12 conduct of its attorneys.  The application is based on the supporting memorandum,
13 the Declaration of Peter H. Klee and exhibits, and such other evidence as the Court
14 may consider.

16 Dated:  November 26, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     *s/ Marc J. Feldman*
          MARC J. FELDMAN

Attorneys for Allstate Insurance Company