# EXHIBIT 1

Exhibit 1 to Klee Declaration
Page 4

**From:** Christopher Hook <chris@cghlaw.com>
**Sent:** Thursday, November 21, 2019 8:17 PM
**To:** Marc Feldman; Peter Klee; Jack Burns; Judy Johns
**Subject:** Re: Baker v. Allstate: New Demand

Haha. Fuck you crooks. Eat a bowl of dicks.

Get Outlook for iOS

---

**From:** Marc Feldman <MFeldman@sheppardmullin.com>
**Sent:** Thursday, November 21, 2019 7:48:52 PM
**To:** Christopher Hook <chris@cghlaw.com>; Peter Klee <PKlee@sheppardmullin.com>; Jack Burns <JBurns@sheppardmullin.com>; Judy Johns <JJohns@sheppardmullin.com>
**Subject:** RE: Baker v. Allstate: New Demand

Given that the amount in dispute is about $200,000, a reasonable range in which to discuss settlement would be between $0 and $200,000.

Marc J. Feldman
+1 619-338-6526 | direct
MFeldman@sheppardmullin.com | Bio

**SheppardMullin**
501 West Broadway, 19th Floor
San Diego, CA 92101-3598
+1 619-338-6500 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Christopher Hook <chris@cghlaw.com>
**Sent:** Thursday, November 21, 2019 6:35 PM
**To:** Marc Feldman <MFeldman@sheppardmullin.com>; Peter Klee <PKlee@sheppardmullin.com>; Jack Burns <JBurns@sheppardmullin.com>; Judy Johns <JJohns@sheppardmullin.com>
**Subject:** Re: Baker v. Allstate: New Demand

Counsel, what would be an appropriate settlement figure in your estimate?

Get Outlook for iOS

---

**From:** Marc Feldman <MFeldman@sheppardmullin.com>
**Sent:** Thursday, November 21, 2019 6:28:23 PM
**To:** Christopher Hook <chris@cghlaw.com>; Peter Klee <PKlee@sheppardmullin.com>; Jack Burns <JBurns@sheppardmullin.com>; Judy Johns <JJohns@sheppardmullin.com>
**Subject:** RE: Baker v. Allstate: New Demand

Chris,

As I have previously stated, your ever-increasing 9-figure demands (the latest being $125 million) in a case involving a $200,000 dispute are counterproductive. Therefore, in-person

1

Exhibit 1 to Klee Declaration
Page 5

settlement discussions would not be productive either, and you don't need to come to San Diego. The tone and content of your attached letter do not merit a further response.

Marc J. Feldman
+1 619-338-6526 | direct
MFeldman@sheppardmullin.com | Bio

**SheppardMullin**
501 West Broadway, 19th Floor
San Diego, CA 92101-3598
+1 619-338-6500 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Christopher Hook <chris@cghlaw.com>
**Sent:** Thursday, November 21, 2019 4:41 PM
**To:** Marc Feldman <MFeldman@sheppardmullin.com>; Peter Klee <PKlee@sheppardmullin.com>; Jack Burns <JBurns@sheppardmullin.com>; Judy Johns <JJohns@sheppardmullin.com>
**Subject:** Baker v. Allstate: New Demand

Attention criminal enterprise enablers: Please see attached.

*Christopher G. Hook, Esq.*

Law Offices of Christopher G. Hook
4264 Overland Avenue
Culver City, California 90230
Tel. (310) 839-5179
Fax (310) 684-2032

This e-mail is confidential and conveys information intended only for the named recipient(s).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Christopher Hook <chris@cghlaw.com>
**Sent:** Friday, November 22, 2019 6:49 AM
**To:** Marc Feldman

I understand the position you are in. I'm going to let the long dick of the law fuck Allstate for all of us.

Get Outlook for iOS

| | |
|---|---|
| **From:** | Christopher Hook <chris@cghlaw.com> |
| **Sent:** | Saturday, November 23, 2019 10:47 AM |
| **To:** | Peter Klee |
| **Cc:** | Marc Feldman |
| **Subject:** | Baker |

Hey Klee you Cumstain the demand is now 302 million. Pay up fuckface.

Get Outlook for iOS

| | |
|---|---|
| **From:** | Christopher Hook <chris@cghlaw.com> |
| **Sent:** | Saturday, November 23, 2019 5:30 PM |
| **To:** | Peter Klee |
| **Cc:** | Marc Feldman |
| **Subject:** | Baker v allstate |

Peter when you are done felating your copy boy tell Allstate the demand is now 305 million.

Get Outlook for iOS

| | |
|---|---|
| **From:** | Christopher Hook <chris@cghlaw.com> |
| **Sent:** | Sunday, November 24, 2019 4:27 AM |
| **To:** | Peter Klee |
| **Cc:** | Marc Feldman |
| **Subject:** | Baker v allstate |

Maligagio seeley and barbee may not be too smart but at least they have some fucking dignity and honor unlike you two limp dick mother fuckers.

Get Outlook for iOS

**From:** Christopher Hook <chris@cghlaw.com>
**Sent:** Wednesday, November 20, 2019 7:01 PM
**To:** Marc Feldman
**Cc:** Jack Burns
**Subject:** Re: Baker

Fuck off all I need is that transcript AND video to get an MSJ. What is Wright going to do when he finds out Allstate is using people who are borderline retarded to adjust complex claims. That's what I'm going to do. Demand increases tomorrow.

Get Outlook for iOS

---

**From:** Marc Feldman <MFeldman@sheppardmullin.com>
**Sent:** Wednesday, November 20, 2019 6:06:37 PM
**To:** Christopher Hook <chris@cghlaw.com>
**Cc:** Jack Burns <JBurns@sheppardmullin.com>
**Subject:** RE: Baker

Chris,

Your escalating settlement demands and threats (now at $100+ million for a $220,000 dispute) are counter-productive toward resolving this case.

As for your reference to "injunctive relief . . . for policy limits," policy limits apply when the damages to a property equal or exceed those limits. Here, the limits are over $1 million, and plaintiffs' own contractors have estimated the damage at less than $400,000.

In contrast to your emails, you appear to have left a more reasonable sounding voicemail suggesting that your clients were genuinely interested in settlement. If you have a proposal that realistically reflects the amount in dispute, please let me know.


Marc J. Feldman
+1 619-338-6526 | direct
MFeldman@sheppardmullin.com | Bio

**SheppardMullin**
501 West Broadway, 19th Floor
San Diego, CA 92101-3598
+1 619-338-6500 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Christopher Hook <chris@cghlaw.com>
**Sent:** Wednesday, November 20, 2019 1:01 PM
**To:** Marc Feldman <MFeldman@sheppardmullin.com>
**Subject:**

1

Exhibit 1 to Klee Declaration
Page 11

Marc if I don't here from you I will start seeking injunctive relief in court for the policy limits. I think judge Wright will agree. I mean today.

Get <u>Outlook for iOS</u>

<u>Attention:</u> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Christopher Hook <chris@cghlaw.com>
**Sent:** Friday, November 22, 2019 5:43 PM
**To:** Peter Klee
**Subject:** Baker v Allstate

Anytime now faggot.

Get <u>Outlook for iOS</u>

| | |
|---|---|
| **From:** | Christopher Hook <chris@cghlaw.com> |
| **Sent:** | Saturday, November 23, 2019 9:51 AM |
| **To:** | Peter Klee; Marc Feldman |
| **Subject:** | Baker v Allstate. |
| | |
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

301.5 million

I want my clients' money gay boys.

Get Outlook for iOS

**From:** Christopher Hook <chris@cghlaw.com>
**Sent:** Sunday, November 24, 2019 4:21 AM
**To:** Peter Klee; Marc Feldman
**Subject:** Baker v Allstate

306 million gay boys.

Get <u>Outlook for iOS</u>

**From:** Christopher Hook <chris@cghlaw.com>
**Sent:** Sunday, November 24, 2019 4:26 PM
**To:** pklee@sheppardmullin.com
**Cc:** Jack Burns; Judy Johns
**Subject:** Baker v Allstate

Hey shit for brains Allstate owes my clients a lot of money. It's due yesterday. Pay up fucktard or you will be lucky to work as a notary public in El Cajon.

Get Outlook for iOS

1

Exhibit 1 to Klee Declaration
Page 16

| | |
|---|---|
| **From:** | Christopher Hook <chris@cghlaw.com> |
| **Sent:** | Sunday, November 24, 2019 4:47 AM |
| **To:** | Peter Klee |
| **Cc:** | Marc Feldman; Jack Burns; Judy Johns |
| **Subject:** | Baker v Allstate |
| **Categories:** | Filed to ND |

Hey fuck face today only the claim is on sale for 303 million.

If you are too old, impotent and stupid to even discuss settlement, maybe it is time to hand off the file to Paul seeley.

Get Outlook for iOS

1

Exhibit 1 to Klee Declaration
Page 17

| | |
|---|---|
| **From:** | Christopher Hook <chris@cghlaw.com> |
| **Sent:** | Saturday, November 23, 2019 6:10 AM |
| **To:** | Peter Klee |
| **Cc:** | Marc Feldman |
| **Subject:** | Baker |
| | |
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

Tell Allstate I am going to water board each one of their trolls that show up for depo without any mercy whatsoever.

Get Outlook for iOS

| | |
|---|---|
| **From:** | Christopher Hook <chris@cghlaw.com> |
| **Sent:** | Saturday, November 23, 2019 10:49 AM |
| **To:** | Peter Klee |
| **Cc:** | Marc Feldman |
| **Subject:** | Re: Baker |
| | |
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

Don't make me come down there and beat out of you you fucking thief.

Get Outlook for iOS

---

**From:** Christopher Hook
**Sent:** Saturday, November 23, 2019 10:47:07 AM
**To:** pklee@sheppardmullin.com
**Cc:** Marc Feldman
**Subject:** Baker
Hey Klee you Cumstain the demand is now 302 million. Pay up fuckface.

Get Outlook for iOS

1

Exhibit 1 to Klee Declaration
Page 19

| | |
|---|---|
| **From:** | Christopher Hook <chris@cghlaw.com> |
| **Sent:** | Saturday, November 23, 2019 11:47 AM |
| **To:** | Peter Klee |
| **Cc:** | Marc Feldman |
| **Subject:** | Baker |

You are going to get fucking tattooed across the face Klee

Get Outlook for iOS

1

Exhibit 1 to Klee Declaration
Page 20

| | |
|---|---|
| **From:** | Christopher Hook <chris@cghlaw.com> |
| **Sent:** | Saturday, November 23, 2019 12:03 PM |
| **To:** | Peter Klee |
| **Cc:** | Marc Feldman |
| **Subject:** | Baker v allstate |

When I get my MSJ on file all bets are off.

I'm going to go bat shit crazy on you mother fucking cock suckers.

Get Outlook for iOS

| | |
|---|---|
| **From:** | Christopher Hook <chris@cghlaw.com> |
| **Sent:** | Saturday, November 23, 2019 8:20 PM |
| **To:** | Peter Klee |
| **Cc:** | Marc Feldman |
| **Subject:** | Baker v. Allstate |

Wow Berkley must be ashamed to have you as an alumni. Big defender of corporate greed and fucking over the California consumer. Your family must be real proud of you Peter. This case really puts a bow on it; writing a book about insurance law then disregarding it to fuck over two senior citizens. Very impressive.

This case will be the end of you and your career. We are working on a documentary about this case, and your role as the leading architect of Allstate's program to double down on bad faith by trying to use fancy egg head lawyers (without testicles) to try and fuck over the consumer. Showtime is interested. Nope. Not anymore. This will be my new calling in life, taking apart Allstate and your fucking piece of shit firm, which I wipe my ass with all the time up here in LA. I am going to DOE you in on Monday Pete, just like your ritter book says, for consipiracy to commit bad faith. Hopefully the FBI shuts your little bullshit firm down once and for all.

What is the most pathetic thing is that you can't even pick up the phone and say "sorry counsel, we don't have any authority." You think you are better than me, that you are too good to even pick up the phone and exchange thoughts with me. Well karma is a bitch mother fucker. You are going to learn that in spades. I know where you live pete.

1

Exhibit 1 to Klee Declaration
Page 22

| | |
|---|---|
| **From:** | Christopher Hook <chris@cghlaw.com> |
| **Sent:** | Sunday, November 24, 2019 11:25 AM |
| **To:** | Peter Klee |
| **Cc:** | Marc Feldman |
| **Subject:** | 547319633 |

House in ▮▮▮▮▮. No mortgage. Tell ▮▮▮▮ it is going to be sold to pay my clients and you guys can rent a place in lemon grove.

You know how it goes suing insurance companies I see.

Get Outlook for iOS

1

Exhibit 1 to Klee Declaration
Page 23