SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 111707
MARC J. FELDMAN, Cal. Bar No. 144830
JACK F. BURNS, Cal. Bar. No. 290523
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:  619.234.3815
E mail      pklee@sheppardmullin.com
            mfeldman@sheppardmullin.com
            jburns@sheppardmullin.com

Attorneys for Allstate Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BAKER, LINDA B. OLIVER, | Case No. 2:19-cv-08024-ODW-JC |
| Plaintiffs, | **DECLARATION OF JACK BURNS REGARDING NOTICE OF COMPLIANCE WITH CHAMBERS RULES ON EX PARTE APPLICATION** |
| v. | |
| ALLSTATE INSURANCE COMPANY, EDWARD CARRASCO, and DOES 1 through 10, inclusive, | Hon. Otis D. Wright II |
| Defendants. | Dept:    First Street Courthouse, Courtroom 5D |
| | [Complaint Filed: August 13, 2019] Trial Date:       None set |

SMRH:4812-7968-9902.1

I, Jack Burns, declare as follows:

1.     I am an attorney with Sheppard, Mullin, Richter & Hampton LLP, attorneys for Allstate Insurance Company in connection with this lawsuit.  I have personal knowledge of the following facts.

2.     On November 26, 2019, Allstate filed an ex parte application for an order: (1) dismissing this action, (2) disqualifying Christopher Hook as plaintiffs' counsel, (3) restraining Mr. Hook from communicating with or approaching Allstate or its attorneys, (4) stopping depositions from proceeding, and (5) awarding sanctions [Dkt No. 20].

3.     Pursuant to chambers rules, following service of the ex parte papers by electronic service, I emailed opposing counsel Christopher Hook and informed him that opposing papers must be filed no later than 24 hours following service.

4.     Attached as Exhibit A is a true and correct copy of the email.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed in San Diego, California on December 2, 2019

*s/ Jack F. Burns*
JACK F. BURNS

SMRH:4812-7968-9902.1
DECLARATION OF JACK BURNS REGARDING
NOTICE OF COMPLIANCE WITH CHAMBERS RULES