# Exhibit A

# Jack Burns

| | |
|---|---|
| **From:** | Jack Burns |
| **Sent:** | Tuesday, November 26, 2019 12:20 PM |
| **To:** | 'Christopher Hook' |
| **Cc:** | Marc Feldman; Peter Klee |
| **Subject:** | Case 2:19-cv-08024-ODW-JC Alan Baker et al v. Allstate Insurance Company et al Motion to Dismiss Case |
| **Attachments:** | Baker - DKT 20 - Ex Parte Application - Notice.pdf; Baker - DKT 21 - Ex Parte Application - Memo P&As.pdf; Baker - DKT 22 - Decl of Peter Klee ISO Ex Parte Application.pdf; Baker - DKT 22-1 - Exhibit 1 to Decl of Peter Klee ISO Ex Parte Application.pdf |

Mr. Hook,

I write to notify you that under Judge Wright's chambers rules, opposing papers to this ex parte application must be filed within 24 hours.

**Jack F. Burns**
+1 619-338-6588 | direct
JBurns@sheppardmullin.com | Bio

## SheppardMullin

501 West Broadway, 19th Floor
San Diego, CA 92101-3598
+1 619-338-6500 | main
www.sheppardmullin.com | LinkedIn | Twitter