UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| No. | 2:19-cv-08024-ODW (JCx) | Date | December 2, 2019 |
|---|---|---|---|
| Title | *Alan Baker et al. v. Allstate Insurance Company et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**              **In Chambers**

On November 26, 2019, Defendant Allstate Insurance Company ("Allstate") filed an Ex Parte Application ("Application") against Plaintiffs Alan Baker and Linda B. Oliver ("Plaintiffs"). (Ex Parte Appl., ECF No. 20.) In that Application, Defendant requests an order (1) dismissing the case with prejudice; (2) disqualifying Mr. Christopher G. Hook ("Hook") as Plaintiffs' Counsel; (3) entering a Temporary Restraining Order ("TRO") against Mr. Hook; (4) issuing a Protective Order preventing depositions; and (5) sanctions. (*See* Ex Parte Appl.) Hitherto, Plaintiffs have failed to oppose Defendant's Application; thus, the Court finds that the Application is **unopposed**.

Accordingly, the Court **GRANTS** Defendant's request for a Protective Order to suspend all scheduled depositions until the resolution of this Application. Furthermore, the Court sets this matter for hearing on **December 16, 2019, at 1:30 p.m.** The Parties (including Mr. Baker, Ms. Oliver, and an Allstate representative) are **ORDERED** to appear and **SHOW CAUSE** why this matter should not be dismissed with prejudice, why Mr. Hook should not be disqualified as Plaintiffs' Counsel, why this Court should not issue a restraining order, and why this Court should not sanction Mr. Hook. **Failure to appear** by either of the Plaintiffs shall be construed as a failure to comply with this Court's order and may result in **sanctions**.

**IT IS HEREBY ORDERED**.

|  | : | 00 |
|---|---|---|
|  | Initials of Preparer | SE |