1  **LAW OFFICES OF CHRISTOPHER G. HOOK**
   Christopher G. Hook (State Bar No. 255080)
2  4264 Overland Avenue
   Culver City, California 90230
3  Phone: (310) 839-5179
   E-mail: chris@cghlaw.com
4

5  Attorney for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 | ALAN BAKER, *et seq.*              | CASE NO. 2:19-cv-08024
12 |     Plaintiffs,                    | PLAINTIFFS' TABLE OF EXHIBITS
   |                                    | IN SUPPORT OF OPPOSITION TO
13 | vs.                                | *EX PARTE* APPLICATION
14 | ALLSTATE INSURANCE
   | COMPANY, *et seq.*                 | Hon. Otis D. Wright II
15 |     Defendants.                    | Date:  December 16, 2019
16 |                                    | Time:  1:30 p.m.
   |                                    | Dept:  First Street Courthouse
17 |                                    |        Courtroom 5D

18

19   Plaintiffs ALAN BAKER and LINDA B. OLIVER submit the following table
20 of exhibits in support of their Opposition to Defendant's *ex parte* application for
21 dismissal and disqualification.

22                    **I. TABLE OF EXHIBITS**

23 **Exhibit No.**    **Description**
24      A            Letter from C. Hook to E. Carrasco, 8/7/2019
25      B            Letter from C. Hook to SMRH, 9/24/2019
26      C            Letter from C. Hook to SMRH, 10/30/2019
27      D            Transcript from Deposition of R. Romero, 11/13/2019
28

| | | |
|---|---|---|
| 1 | E | Transcript from Deposition of E. Carrasco, 11/15/2019 |
| 2 | F | E-mail from C. Hook to SMRH, 11/15/2019 |
| 3 | G | Settlement Demand to SMRH, 11/19/2019 |
| 4 | H | Settlement Demand to SMRH, 11/20/2019 |
| 5 | I | Settlement Demand to SMRH, 11/21/2019 |

DATED: December 3, 2019

LAW OFFICES OF CHRISTOPHER G. HOOK

By: _____
CHRISTOPHER G. HOOK

Attorney for Plaintiffs

-2-
TABLE OF EXHIBITS IN OPPOSITION