SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 111707
MARC J. FELDMAN, Cal. Bar No. 144830
JACK F. BURNS, Cal. Bar No. 290523
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:  619.234.3815
E mail      pklee@sheppardmullin.com
            mfeldman@sheppardmullin.com
            jburns@sheppardmullin.com

Attorneys for Defendants Allstate
Insurance Company

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BAKER,<br>LINDA B. OLIVER,<br><br>             Plaintiffs,<br><br>      v.<br><br>ALLSTATE INSURANCE<br>COMPANY, EDWARD CARRASCO,<br>and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 2:19-cv-08024-ODW-JC<br><br>**DECLARATION OF MARC J. FELDMAN IN SUPPORT OF ALLSTATE'S EX PARTE APPLICATION**<br><br>Hon. Otis D. Wright II<br><br>Date:   December 16, 2019<br>Time:   1:30 p.m.<br>Dept:   First Street Courthouse, Courtroom 5D<br><br>Complaint Filed: August 16, 2018<br>Trial Date: Not yet set. |

I, Marc J. Feldman, declare as follows:

1. I am an attorney with Sheppard, Mullin, Richter & Hampton LLP, attorneys for Allstate Insurance Company in this lawsuit. I have personal knowledge of the following facts.

2. Attached as Exhibit 1 are true and correct copies of emails that I exchanged with Plaintiffs' attorney, Christopher Hook, on November 20 and 21, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed in San Diego, California on December 5, 2019.

/s/ *Marc J. Feldman*
MARC J. FELDMAN