# EXHIBIT 1

Exhibit 1
Page 3

## Marc Feldman

| | |
|---|---|
| From: | Marc Feldman |
| Sent: | Thursday, November 21, 2019 3:23 PM |
| To: | 'Christopher Hook'; Peter Klee |
| Cc: | Jack Burns; Judy Johns |
| Subject: | RE: Baker v. Allstate - EARTH TO SHEPPARD MULLIN BRAIN TRUST |

Chris,

Your email below is unclear. Are your clients offering to settle for the amount of Mackey Construction's estimate of $394,731, less Allstate's prior dwelling payments? Please clarify so I can relay to my client.

Marc J. Feldman
+1 619-338-6526 | direct
MFeldman@sheppardmullin.com | Bio

## SheppardMullin
501 West Broadway, 19th Floor
San Diego, CA 92101-3598
+1 619-338-6500 | main
www.sheppardmullin.com | LinkedIn | Twitter

From: Christopher Hook <chris@cghlaw.com>
Sent: Thursday, November 21, 2019 2:47 PM
To: Marc Feldman <MFeldman@sheppardmullin.com>; Peter Klee <PKlee@sheppardmullin.com>
Cc: Jack Burns <JBurns@sheppardmullin.com>; Judy Johns <JJohns@sheppardmullin.com>
Subject: Baker v. Allstate - EARTH TO SHEPPARD MULLIN BRAIN TRUST

ALLSTATE CAN SETTLE THIS CLAIM NOW FOR STATED ESTIMATE OR CLAIM CAN BE ADJUSTED BY THE HONORABLE JUDGE OTIS WRIGHT NEXT WEEK

SEND FILE TO ED CARRASCO FOR EVALUATION TO DOUBLE CHECK SMRH WORK

*Christopher G. Hook, Esq.*



Law Offices of Christopher G. Hook
4264 Overland Avenue
Culver City, California 90230
Tel. (310) 839-5179
Fax (310) 684-2032

This e-mail is confidential and conveys information intended only for the named recipient(s).

## Marc Feldman

| | |
|---|---|
| From: | Marc Feldman |
| Sent: | Thursday, November 21, 2019 5:10 PM |
| To: | 'Christopher Hook'; Jack Burns |
| Cc: | Judy Johns |
| Subject: | RE: Baker v. Allstate: Deposition Notices |

These witnesses are available on the following dates in LA:

Robert Romero – December 11
Ed Carrasco – December 13
Rosalinda Murphy – December 10, 12 (subject to confirmation tomorrow) and 17.

Marc J. Feldman
+1 619-338-6526 | direct
MFeldman@sheppardmullin.com | Bio

### SheppardMullin
501 West Broadway, 19th Floor
San Diego, CA 92101-3598
+1 619-338-6500 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Christopher Hook <chris@cghlaw.com>
**Sent:** Wednesday, November 20, 2019 3:04 PM
**To:** Marc Feldman <MFeldman@sheppardmullin.com>; Jack Burns <JBurns@sheppardmullin.com>
**Cc:** Judy Johns <JJohns@sheppardmullin.com>
**Subject:** RE: Baker v. Allstate: Deposition Notices

I need all dates immediately. I am clearing my calendar for MSJ/Trial. I need dates for everyone ASAP in LA, any weekday. I need Ed and Romero first, immediately, followed by their supervisor. I am going to seek how far up the rot goes.

Thanks,

Chris

**From:** Marc Feldman <MFeldman@sheppardmullin.com>
**Sent:** Wednesday, November 20, 2019 3:01 PM
**To:** Christopher Hook <chris@cghlaw.com>; Jack Burns <JBurns@sheppardmullin.com>
**Cc:** Judy Johns <JJohns@sheppardmullin.com>
**Subject:** RE: Baker v. Allstate: Deposition Notices

Chris,

With respect to the deposition notices:

1

Exhibit 1
Page 5

At Mr. Romero and Mr. Carrasco's depositions, we agreed to resume them at mutually agreeable dates within 60 days – not on unilaterally set dates. For the week of December 2, Mr. Romero, who will also likely be Allstate's 30(b)6 witness, has scheduled time off for family medical reasons. Mr. Carrasco has jury duty. I also have conflicts that week.

I will try to secure dates for the weeks of December 9 or 16 for these depositions and for the deposition of Rosalinda Murphy. What is your availability the those weeks?

Palmer McDonald, Angela Davis, and Kevin Bayird are employees of Pilot Catastrophe Services, not Allstate, and they reside in Mobile, Alabama. Therefore, a subpoena is required to compel their depositions, and their depositions must be held within 100 miles of where they reside. F.R.C.P. 45. *See also Ulin v. Lovell's Antique Gallery*, 2010 WL 2680761, at *2 (N.D. Cal. July 6, 2010). Nevertheless, I will reach out to see if these depositions can be arranged without the need for subpoenas.

Marc J. Feldman
+1 619-338-6526 | direct
MFeldman@sheppardmullin.com | Bio

**SheppardMullin**
501 West Broadway, 19th Floor
San Diego, CA 92101-3598
+1 619-338-6500 | main
www.sheppardmullin.com | LinkedIn | Twitter

From: Christopher Hook <chris@cghlaw.com>
Sent: Monday, November 18, 2019 8:12 PM
To: Jack Burns <JBurns@sheppardmullin.com>; Marc Feldman <MFeldman@sheppardmullin.com>
Subject: Baker v. Allstate: Deposition Notices

Please see attached. Hard copies follow by overnight mail.

Respectfully,

*Christopher G. Hook, Esq.*

Law Offices of Christopher G. Hook
4264 Overland Avenue
Culver City, California 90230
Tel. (310) 839-5179
Fax (310) 684-2032

This e-mail is confidential and conveys information intended only for the named recipient(s).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.