**LAW OFFICES OF CHRISTOPHER G. HOOK**
Christopher G. Hook (State Bar No. 255080)
4264 Overland Avenue
Culver City, California 90230
Tel.: (310) 839-5179
E-mail: chris@cghlaw.com

**Barnes & Thornburg LLP**
Matthew B. O'Hanlon (State Bar No. 253648)
2029 Century Park E Set 300
Los Angeles, California 90067
Tel.: (310) 284-3878
E-mail: matthew.o'hanlon@btlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BAKER, *et al.* | CASE NO. 2:19-cv-08024 |
| Plaintiffs, | NOTICE OF ASSOCIATION OF COUNSEL |
| vs. | |
| ALLSTATE INSURANCE COMPANY, *et al.* | |
| Defendants. | |

PLEASE TAKE NOTICE that Christopher G. Hook, attorney of record for plaintiffs herein hereby associates Matthew B. O'Hanlon of the law firm Barnes & Thornburg LLP as co-counsel for plaintiffs in this matter. The name, office address, telephone number, fax number, and e-mail address of the associated counsel are as follows:

/ / /

/ / /

/ / /

1  Matthew B. O'Hanlon (State Bar No. 253648)
**Barnes & Thornburg LLP**
2  2029 Century Park E Set 300
Los Angeles, California 90067
3  Tel.: (310) 284-3878
Fax: (310) 284-3894
4  E-mail: matthew.o'hanlon@btlaw.com

5

6  Respectfully submitted.

7

8  DATED: December 10, 2019      LAW OFFICES OF CHRISTOPHER G.

9                                HOOK

10

11                              By:   /s/ *Christopher G. Hook*

12                                    CHRISTOPHER G. HOOK

13                                    Attorney for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28