**BARNES & THORNBURG LLP**
David P. Schack (SBN 106288)
david.schack@btlaw.com
Matthew B. O'Hanlon (SBN 253648)
matthew.o'hanlon@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067-3012
Telephone: 310-284-3880
Facsimile: 310-284-3894

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALAN BAKER, LINDA B. OLIVER, Plaintiff(s) v. ALLSTATE INSURANCE COMPANY et al. Defendant(s). | CASE NUMBER: 2:19-cv-08024-ODW-JC<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
|---|---|

The Court hereby orders that the request of:

__Plaintiff Alan Baker__     ☒ Plaintiff   ☐ Defendant   ☐ Other
*Name of Party*

to substitute   __Matthew B. O'Hanlon of Barnes & Thornburg LLP__   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__2029 Century Park East, Suite 300__
*Street Address*

__Los Angeles, CA 90067__                         __matthew.ohanlon@btlaw.com__
*City, State, Zip*                                  *E-Mail Address*

__310-284-3880__          __310-284-3894__          __253648__
*Telephone Number*        *Fax Number*              *State Bar Number*

as attorney of record instead of   __Christopher G. Hook of the Law Offices of Christopher G. Hook__
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  _____                _____
                                                 U. S. District Judge/U.S. Magistrate Judge