BARNES & THORNBURG LLP
David P. Schack (SBN 106288)
david.schack@btlaw.com
Matthew B. O'Hanlon (SBN 253648)
matthew.o'hanlon@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067-3012
Telephone: 310-284-3880
Facsimile:  310-284-3894

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALAN BAKER, LINDA B. OLIVER, | CASE NUMBER: 2:19-cv-08024-ODW-JC |
|---|---|
| Plaintiff(s) | |
| v. | |
| ALLSTATE INSURANCE COMPANY et al. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s). | |

The Court hereby orders that the request of:

<u>Plaintiff Linda B. Oliver</u>   ☒ Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

to substitute   <u>Matthew B. O'Hanlon of Barnes & Thornburg LLP</u>   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

<u>2029 Century Park East, Suite 300</u>
*Street Address*

<u>Los Angeles, CA 90067</u>                    <u>matthew.ohanlon@btlaw.com</u>
*City, State, Zip*                               *E-Mail Address*

<u>310-284-3880</u>          <u>310-284-3894</u>          <u>253648</u>
*Telephone Number*       *Fax Number*           *State Bar Number*

as attorney of record instead of   <u>Christopher G. Hook of the Law Offices of Christopher G. Hook</u>
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**   ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (09/17)  **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**