**BARNES & THORNBURG LLP**
David P. Schack (SBN 106288)
david.schack@btlaw.com
Matthew B. O'Hanlon (SBN 253648)
matthew.o'hanlon@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067-3012
Telephone:  310-284-3880
Facsimile:    310-284-3894

Attorneys for Plaintiffs Alan Baker
and Linda B. Oliver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BAKER, LINDA B. OLIVER;<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, EDWARD CARRASCO, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-08024-ODW-JC<br><br>**DECLARATION OF PLAINTIFF ALAN BAKER IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE [DKT. NO. 25]** |

**DECLARATION OF PLAINTIFF ALAN BAKER IN RESPONSE TO THE
COURT'S ORDER TO SHOW CAUSE [DKT. NO. 25]**

# DECLARATION OF ALAN BAKER

I, Alan Baker, declare:

1. I am one of the plaintiffs in this action. If called as a witness, I could and would testify competently to the matters set forth herein.

2. By way of background, since 2009 I have served as the Associate Dean, Administration & International Projects, at USC's School of Cinematic Arts where I am responsible for developing new and overseeing current international programs. Since 2011, I have been a co-Principal Investigator of *American Film Showcase* ("AFS"), a multiyear grant from the U.S. Department of State that sends American filmmakers and American documentary films to countries throughout the world for workshops, festivals, and special programs. Prior to coming to USC, I worked for more than 25 years in television programming and production as Vice-President of Programming at 20th Century Fox Television and earlier at Paramount Television. I also spent the first seven years of my television career at the Los Angeles Public Broadcasting station where I produced more than 200 cultural, documentary, and public affairs programs. Before that time, I worked at the Los Angeles Olympic Organizing Committee and the 1984 Olympic Games where I managed all publicity and press for the 10-week international Olympic Arts Festival.

3. I have reviewed Defendant Allstate Insurance Company's ("Allstate") *ex parte* application for various orders, including an order dismissing this action based upon statements and conduct by my former counsel Christopher Hook (the "Application").

4. Mr. Hook did not notify us about the filing of the Application. In fact, I only learned about the Application—and Mr. Hook's statements and conduct described therein—through concerned family and friends who saw references to the Application on the internet. The opposition filed by Mr. Hook to the Application was filed without my knowledge or approval.

5.   I do not condone Mr. Hook's statements or conduct. Such statements and conduct do not represent me or my wife Lin Oliver, were wholly unauthorized by us, and are in no way acceptable to us. During the time Mr. Hook was apparently engaging in this conduct, we were out of the country as part of a work trip. Mr. Hook's statements and conduct have put our professional and community reputations that we have worked so hard to achieve at risk.

6.   Upon learning of Mr. Hook's statements and conduct as reflected in the Application, we promptly terminated Mr. Hook's representation of us and retained new counsel Matthew B. O'Hanlon of Barnes & Thornburg LLP to represent us in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 11, 2019.

_____
Alan Baker

BARNES &
THORNBURG LLP

2

**DECLARATION OF PLAINTIFF ALAN BAKER IN RESPONSE TO THE**