**BARNES & THORNBURG LLP**
David P. Schack (SBN 106288)
david.schack@btlaw.com
Matthew B. O'Hanlon (SBN 253648)
matthew.o'hanlon@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067-3012
Telephone: 310-284-3880
Facsimile:   310-284-3894

Attorneys for Plaintiffs Alan Baker
and Linda B. Oliver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BAKER, LINDA B. OLIVER;<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALLSTATE INSURANCE COMPANY, EDWARD CARRASCO, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:19-cv-08024-ODW-JC<br><br>**DECLARATION OF PLAINTIFF LINDA B. OLIVER IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE [DKT. NO. 25]** |

Barnes &
Thornburg LLP
Attorneys At Law
Los Angeles

# DECLARATION OF LINDA B. OLIVER

I, Linda B. Oliver, declare:

1.  I am one of the plaintiffs in this action. If called as a witness, I could and would testify competently to the matters set forth herein.

2.  By way of background, I am the co-founder and executive director of the Society of Children's Book Writers and Illustrators, a non-profit international organization of over 25,000 authors and illustrators of children's books. I have overseen the operations and mission of that organization for over 40 years. I am also the author of over forty children's books, have worked as a film and television writer-producer, and have been the recipient of the Christopher Award and the Eric Carle Mentor Award. With respect to public service, I have served on the Board of the Los Angeles Public Library Foundation for six years, and am currently an advisory member for Common Sense Media, a non-profit organization devoted to digital literacy for children.

3.  I have reviewed Defendant Allstate Insurance Company's ("Allstate") *ex parte* application for various orders, including an order dismissing this action based upon statements and conduct by my former counsel Christopher Hook (the "Application").

4.  Mr. Hook did not notify us about the filing of the Application. In fact, I only learned about the Application—and Mr. Hook's statements and conduct described therein—through concerned family and friends who saw references to the Application on the internet. The opposition filed by Mr. Hook to the Application was filed without my knowledge or approval.

5.  I do not condone Mr. Hook's statements or conduct. Such statements and conduct do not represent me or my husband Alan Baker, were wholly unauthorized by us, and are in no way acceptable to us. During the time Mr. Hook was apparently engaging in this conduct, we were out of the country as part of a work trip. Mr.

1

**DECLARATION OF PLAINTIFF LINDA B. OLIVER IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE [DKT. NO. 25]**

BARNES & THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

1  Hook's statements and conduct have put our professional and community reputations
2  that we have worked so hard to achieve at risk.
3         6.     Upon learning of Mr. Hook's statements and conduct as reflected in the
4  Application, we promptly terminated Mr. Hook's representation of us and retained new
5  counsel Matthew B. O'Hanlon of Barnes & Thornburg LLP to represent us in this
6  action.
7         I declare under penalty of perjury that the foregoing is true and correct.
8  Executed on December 11, 2019.

*Linda B. Oliver*