**BARNES & THORNBURG LLP**
David P. Schack (SBN 106288)
david.schack@btlaw.com
Matthew B. O'Hanlon (SBN 253648)
matthew.o'hanlon@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067-3012
Telephone: 310-284-3880
Facsimile:  310-284-3894

Attorneys for Plaintiffs Alan Baker
and Linda B. Oliver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BAKER, LINDA B. OLIVER;<br><br>           Plaintiffs,<br><br>     v.<br><br>ALLSTATE INSURANCE COMPANY, EDWARD CARRASCO, and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No. 2:19-cv-08024-ODW-JC<br><br>**PLAINTIFFS ALAN BAKER AND LINDA B. OLIVER'S OBJECTION TO UNAUTHORIZED NOTICE OF ASSOCIATION OF COUNSEL FILED BY CHRISTOPHER G. HOOK [DKT. NO. 28]** |

**PLAINTIFFS ALAN BAKER AND LINDA B. OLIVER'S OBJECTION TO UNAUTHORIZED NOTICE OF ASSOCIATION OF COUNSEL FILED BY CHRISTOPHER G. HOOK [DKT. NO. 28]**

Plaintiffs Alan Baker and Linda B. Oliver (collectively, the "Insureds")—through their newly-retained counsel Barnes & Thornburg LLP—hereby object to the unauthorized Notice of Association of Counsel submitted by their former attorney Christopher G. Hook [Dkt. No. 28] (the "Purported Notice of Association").

The Purported Notice of Association was filed without the knowledge, authorization, or consent of Plaintiffs or Barnes & Thornburg LLP after the Insureds had already terminated Mr. Hook's representation of them.  Barnes & Thornburg LLP has not agreed to associate in as counsel with Mr. Hook in this action.  As such, the Court should disregard the Purported Notice of Association.

**BARNES & THORNBURG LLP**

Dated:  December 12, 2019    By: /s/ Matthew B. O'Hanlon
David P. Schack
david.schack@btlaw.com
Matthew B. O'Hanlon
matthew.o'hanlon@btlaw.com
Attorneys for Plaintiffs Alan Baker and Linda B. Oliver

---

BARNES & THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

1

**PLAINTIFFS ALAN BAKER AND LINDA B. OLIVER'S OBJECTION TO UNAUTHORIZED NOTICE OF ASSOCIATION OF COUNSEL FILED BY CHRISTOPHER G. HOOK [DKT. NO. 28]**