UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

| | | | |
|---|---|---|---|
| Case No. | CV 19-08024-ODW(JCx) | Date | December 16, 2019 |
| Title | Alan Baker et al v. Allstate Insurance Company et al | | |

| | | |
|---|---|---|
| Present: The Honorable | OTIS D WRIGHT II, U.S. DISTRICT JUDGE | |
| Sheila English | C/S: 12-16-19 | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Christopher G Hook<br>Matthew B O'Hanlon | | Marc J Feldman<br>Peter H Klee |

Proceedings:

ORDER TO SHOW CAUSE

    Case called, appearances made. No appearance by Mr. Hook. During discussions with counsel, Mr. Hook finally arrives to court at 1:37p.m. The Court speaks with Mr. Hook about his lateness to the hearing and his unprofessional behavior as stated on the record.

    The Court advised plaintiff's counsel to prepare an order re costs and fees.

    A detail order will issue.

|   | :  | 18 |
|---|---|---|
|   | Initials of Preparer | SE |