SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 111707
MARC J. FELDMAN, Cal. Bar No. 144830
JACK F. BURNS, Cal. Bar No. 290523
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:  619.234.3815
E mail   pklee@sheppardmullin.com
         mfeldman@sheppardmullin.com
         jburns@sheppardmullin.com

Attorneys for Defendants Allstate
Insurance Company

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BAKER,<br>LINDA B. OLIVER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALLSTATE INSURANCE<br>COMPANY, EDWARD CARRASCO,<br>and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:19-cv-08024-ODW-JC<br><br>**DECLARATION OF PETER H. KLEE RE ALLSTATE'S COSTS IN CONNECTION WITH ALLSTATE'S EX PARTE APPLICATION**<br><br>Hon. Otis D. Wright II<br><br>Dept:　First Street Courthouse, Courtroom 5D<br><br>Complaint Filed: August 16, 2018<br>Trial Date:  Not yet set. |

I, Peter H. Klee, declare as follows:

1. I am an attorney with Sheppard, Mullin, Richter & Hampton LLP, attorneys for Allstate Insurance Company in this lawsuit. I have personal knowledge of the following facts.

2. I am the billing partner for this case. I am submitting this declaration in response to the Court's request at the December 16, 2019 Order to Show Cause hearing to set forth the amount of fees and costs that Allstate has incurred in

1 connection with the ex parte application precipitated by the threatening emails sent
2 by Plaintiffs' former attorney, Christopher Hook.

3. In my initial declaration in support of Allstate's ex parte application, I stated that my partner Marc Feldman and I had spent in excess of 13 hours, at a cost to Allstate of over $6,370, in preparing Allstate's initial ex parte papers. These amounts were conservative numbers. They included time spent only by Mr. Feldman and me, and only in directly preparing the initial application. The amounts did not include any time by our associate, Jack Burns, in researching and assisting in preparing the application. They did not include time by anyone in reading, evaluating, and responding to the dozens of inappropriate emails sent by Mr. Hook after November 20, 2019, through the filing of Allstate's ex parte application. Nor did the amounts include any time spent after the initial ex parte papers were filed.

4. As of the date of this Declaration, from the time Mr. Hook began sending the emails leading to the application, Marc Feldman, Jack Burns, and I have spent at least 90.5 hours at a cost to Allstate of at least $42,581 in connection with Allstate's ex parte application. Specifically, I spent at least 16.8 hours at a rate of $490 per hour, Mr. Feldman spent at least 48.5 hours at a rate of $490 per hour, and Mr. Burns spent at least 25.2 hours at a rate of $420 per hour. These amounts include all of the three attorneys' time spent reviewing and evaluating Mr. Hook's numerous emails, researching and preparing the initial ex parte application and supporting documents, reviewing and evaluating Mr. Hook's opposition, researching and preparing Allstate's reply papers, traveling to and attending the hearing (Mr. Klee and Mr. Feldman only), and preparing the Order requested by the Court.

|   |   |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the United States that the |
| 2 | foregoing is true and correct and that this declaration is executed in San Diego, |
| 3 | California on December 18, 2019. |

*/s/ Peter H. Klee*
PETER H. KLEE, ESQ.