| AO 436 (Rev. 04/13) *Read Instructions.* | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **AUDIO RECORDING ORDER** | | |
|---|---|---|---|
| 1. NAME Marc J. Feldman | 2. PHONE NUMBER (619) 338-6526 | 3. EMAIL ADDRESS mfeldman@sheppardmullin.com | |
| 4. MAILING ADDRESS 501 W. Broadway, 19th Floor | 5. CITY San Diego | 6. STATE CA | 7. ZIP CODE 92101 |
| 8. CASE NUMBER 2:19-cv-08024-ODW-JC | 9. CASE NAME Baker v. Allstate | DATES OF PROCEEDINGS 10. FROM 12/16/2019    11. TO 12/16/2019 | |
| 12. PRESIDING JUDGE Honorable Otis D. Wright, II | | LOCATION OF PROCEEDINGS 13. CITY Los Angeles    14. STATE CA | |

### 15. ORDER FOR

- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☒ OTHER *(Specify)* OSC Hrg

### 16. AUDIO RECORDING REQUESTED *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER *(Specify)* Order to Show Cause Hearing | December 16, 2019 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | 1 | |
| ESTIMATE TOTAL | | 0.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE *[signed]* | 19. DATE 12/17/2019 |
|---|---|

| PROCESSED BY Judy Johns | PHONE NUMBER (619) 338-6545 |
|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    ORDER RECEIPT    ORDER COPY