UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | 2:19-cv-08024-ODW (JCx) | Date | December 19, 2019 |
|---|---|---|---|
| Title | *Alan Baker et al. v. Allstate Insurance Company et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | | |
|---|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**                               **In Chambers**

On December 16, 2019, Defendant Allstate Insurance Company ("Allstate") and Plaintiffs Alan Baker and Linda B. Oliver ("Plaintiffs") appeared before this Court to address Allstate's ex parte application ("Application") requesting: (1) dismissal of the case; (2) disqualification of Christopher G. Hook ("Hook") as Plaintiffs' Counsel; (3) Permanent Injunction against Hook; and (5) Sanctions.  (ECF No. 20.)

The Court **DENIES** as moot Allstate's request for dismissal because Plaintiffs terminated Hook's representation, knew nothing about Hook's egregious conduct, and obtained new counsel, Mr. Matthew B. O'Hanlon.  Accordingly, Allstate's request to disqualify Hook as counsel is **DENIED** as moot, and the Court **LIFTS** the protective order suspending depositions.  Mr. Hook is terminated as counsel for Plaintiffs but shall continue to receive electronic case filing notices in this matter until further order of the Court.

After considering the Parties' briefs and arguments at the hearing, the Court finds that granting a Permanent Injunction within this venue, under these circumstances, is inappropriate.  Nor has Allstate met its burden to obtain a Permanent Injunction.  Accordingly, Allstate's request for a Permanent Injunction is **DENIED**.

During the hearing, Hook stipulated to paying monetary fees sanctions to compensate Allstate for its **"reasonable costs and fees"** associated with its Application for ex parte relief.  Accordingly, Allstate **IS ORDERED** to file a memorandum of costs and fees and a proposed order with the Court **within fourteen days** of this Order.  Lastly, the Court will be reporting Hook's misconduct to the California State Bar and will recommend disciplinary action.

**IT IS HEREBY ORDERED**.                                                                                                          SE/.00