AO 436
(Rev. 04/13)

*Read Instructions.*

## ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
# AUDIO RECORDING ORDER

| 1. NAME STEVEN CHUNG | 2. PHONE NUMBER (818) 925-4699 | 3. EMAIL ADDRESS STEVEN@STEVENCHUNG.BIZ |
|---|---|---|

| 4. MAILING ADDRESS 13245 SOUTH ST | 5. CITY CERRITOS | 6. STATE CA | 7. ZIP CODE 90703 |
|---|---|---|---|

| 8. CASE NUMBER CV 19-08024-ODW(JCx) | 9. CASE NAME BAKER V. ALLSTATE | DATES OF PROCEEDINGS 10. FROM | 11. TO |
|---|---|---|---|

| 12. PRESIDING JUDGE OTIS WRIGHT | LOCATION OF PROCEEDINGS 13. CITY LOS ANGELES | 14. STATE CA |
|---|---|---|

### 15. ORDER FOR

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☒ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

### 16. AUDIO RECORDING REQUESTED *(Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)*

| PORTION (S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY *(Specify Witness)* | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING *(Specify)* | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER *(Specify)* | |
| ☐ SENTENCING | | ORDER TO SHOW CAUSE | 12/16/2019 |
| ☐ BAIL HEARING | | | |

*(stamp: 2019 DEC 18   PM 2:16   RECEIVED)*

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE *(via email, digital download, or other Judicial Conference Approved Media)* | 1 | |
| | **ESTIMATE TOTAL** | 0.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE | 19. DATE |
|---|---|

| PROCESSED BY | | | PHONE NUMBER | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED *(if applicable)* | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD *(if applicable)* | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

DISTRIBUTION:     COURT COPY     ORDER RECEIPT     ORDER COPY