SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 111707
MARC J. FELDMAN, Cal. Bar No. 144830
JACK F. BURNS, Cal. Bar. No. 290523
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
Facsimile: 619.234.3815
E mail    pklee@sheppardmullin.com
          mfeldman@sheppardmullin.com
          jburns@sheppardmullin.com

Attorneys for Allstate Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BAKER,<br>LINDA B. OLIVER,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br>EDWARD CARRASCO, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-08024-ODW-JC<br><br>**ALLSTATE'S MEMORANDUM OF COSTS AND FEES IN SUPPORT OF ITS EX PARTE APPLICATION**<br><br>Hon. Otis D. Wright II<br><br>[Complaint Filed: August 13, 2019]<br>Trial Date:　　None set |

Pursuant to the Court's Minute Order dated December 19, 2019 (DKT 37), Defendant Allstate Insurance Company submits the following memorandum of costs and fees incurred in connection with its application for ex parte relief, on which the Court held a hearing on December 16, 2019:

Allstate has incurred costs and fees of at least $41,748 in connection with its ex parte application, which was necessitated by Christopher Hook's numerous abusive and threatening emails.

This amount consists of at least 16.8 hours of attorney time by Peter H. Klee at a rate of $490 per hour, at least 46.8 hours of attorney time by Marc J. Feldman at

a rate of $490 per hour, and at least 25.2 hours of attorney time by Jack Burns at a rate of $420 per hour.

This includes all of the three attorneys' time spent reviewing and evaluating Mr. Hook's numerous emails, researching and preparing the initial ex parte application and supporting documents, reviewing and evaluating Mr. Hook's opposition, researching and preparing Allstate's reply papers, traveling to and attending the hearing (Mr. Klee and Mr. Feldman only), and preparing the Order requested by the Court.

A detailed billing sheet showing the time and fees incurred (with other time and confidential information redacted) is attached as Exhibit 1.

Dated:  December 31, 2019

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      *s/ Peter H. Klee*
PETER H. KLEE
MARC J. FELDMAN
Attorneys for Allstate Insurance Company