# EXHIBIT 1

Exhibit 1
Page 3

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

0XPC-303330  Allstate - Baker, Alan - Claim # 0517768
Peter H. Klee

December 18, 2019
Invoice 370041830
Page 9 of 20

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 11/15/19 | Review correspondence re settlement demand. | 3065 | .20 hrs. |

Exhibit 1
Page 4

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

0XPC-303330  Allstate - Baker, Alan - Claim # 0517768                                             December 18, 2019
Peter H. Klee                                                                                     Invoice 370041830
                                                                                                  Page 10 of 20

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|-------------------------|------|-------|
| 11/16/19 | Review additional correspondence from Attorney Hook re settlement demand and correspondence to clients re same. | 3065 | .20 hrs. |

Exhibit 1
Page 5

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

0XPC-303330  Allstate - Baker, Alan - Claim # 0517768                         December 18, 2019
Peter H. Klee                                                                 Invoice 370041830
                                                                              Page 12 of 20

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 11/21/19 | Review numerous settlement demands made by plaintiff and outline potential strategies for responding to same. | 3057 | .40 hrs. |
| 11/21/19 | Review and response to numerous (20+) correspondence from Attorney Hook regarding settlement, discovery, motion for summary judgment and threats, including research regarding and evaluation of possible sanctions and ex parte motion for same. | 3065 | 2.80 hrs. |

**SheppardMullin**

Exhibit 1
Page 6

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

0XPC-303330  Allstate - Baker, Alan - Claim # 0517768
Peter H. Klee

December 18, 2019
Invoice 370041830
Page 14 of 20

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 11/22/19 | Review numerous additional threatening e-mails from Attorney Hook and evaluate options to respond to same. | 3065 | 1.20 hrs. |

Exhibit 1
Page 7

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

0XPC-303330  Allstate - Baker, Alan - Claim # 0517768                                   December 18, 2019
Peter H. Klee                                                                            Invoice 370041830
                                                                                          Page 15 of 20

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 11/23/19 | Review numerous improper email threats sent by attorney Hook and outline strategies for dealing with same. | 3057 | .50 hrs. |
| 11/24/19 | Review new barrage of increasingly threatening emails sent by opposing counsel and conduct preliminary research and analysis to determine whether they may provide grounds for dismissal of case. | 3057 | 1.30 hrs. |
| 11/24/19 | Review further e-mail threats from Attorney Hook and begin outlining motion in response to same. | 3065 | 1.30 hrs. |

Exhibit 1
Page 8

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

0XPC-303330  Allstate - Baker, Alan - Claim # 0517768
Peter H. Klee

December 18, 2019
Invoice 370041830
Page 16 of 20

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 11/24/19 | Research authority on disqualification of an attorney in the Ninth Circuit. | 3703 | .80 hrs. |
| 11/24/19 | Research general standard for sanctions based on the court's inherent powers. | 3703 | .70 hrs. |
| 11/24/19 | Research cases where sanctions have issued based on improper conduct by an attorney or a party. | 3703 | .90 hrs. |
| 11/25/19 | Help draft ex parte motion based on attorney Hook's misconduct. | 3057 | 1.40 hrs. |
| 11/25/19 | Review additional correspondence from Attorney Hook. | 3065 | .20 hrs. |
| 11/25/19 | Work on motion to dismiss, disqualify, plaintiffs' counsel and for restraining order and all supporting documents and exhibits. | 3065 | 9.50 hrs. |
| 11/25/19 | Research Judge Wright's decisions regarding inherent powers to sanction parties. | 3703 | .70 hrs. |
| 11/25/19 | Research authority for the argument that plaintiff has engaged in criminal acts under California law. | 3703 | .80 hrs. |
| 11/25/19 | Draft proposed order granting sanctions motion. | 3703 | .70 hrs. |
| 11/25/19 | Research authority on dismissal of a lawsuit based on actions of counsel. | 3703 | 1.10 hrs. |
| 11/25/19 | Research ex parte requirements for purposes of filing motion for sanctions. | 3703 | .80 hrs. |
| 11/25/19 | Research availability of obtaining restraining order based on misconduct in litigation. | 3703 | 1.80 hrs. |
| 11/26/19 | Continue working on motions regarding attorney Hook's misconduct. | 3057 | 1.00 hrs. |

Exhibit 1
Page 9

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

0XPC-303330  Allstate - Baker, Alan - Claim # 0517768
Peter H. Klee

December 18, 2019
Invoice 370041830
Page 17 of 20

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 11/26/19 | Research regarding Attorney Hook related to security threats. | 3065 | .30 hrs. |
| 11/26/19 | Work on motion to dismiss/disqualify counsel and all supporting documents. | 3065 | 3.50 hrs. |
| 11/26/19 | Review latest settlement demand from Attorney Hook. | 3065 | .10 hrs. |
| 11/26/19 | Expand proposed order granting sanctions motion to include request for protective order. | 3703 | .70 hrs. |
| 11/26/19 | Review 600 million dollar demand letter from plaintiffs' counsel. | 3703 | .10 hrs. |
| 11/26/19 | Draft email to opposing counsel pursuant to chambers rule that we give notice of ex parte filing. | 3703 | .20 hrs. |

Exhibit 1
Page 10

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

0XPC-303330  Allstate - Baker, Alan - Claim # 0517768  
Peter H. Klee

December 20, 2019  
Invoice 370041942  
Page 2 of 10

FOR PROFESSIONAL SERVICES THROUGH 12/17/19

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 12/02/19 | Work on supplemental notice to court re ex parte application. | 3065 | .30 hrs. |
| 12/02/19 | Review court order on ex parte application and begin outlining strategy for hearing on order to show cause. | 3065 | .40 hrs. |
| 12/02/19 | Draft declaration regarding compliance with chambers rules to notify Court that plaintiff has still not responded to motion to dismiss and for sanctions. | 3703 | .80 hrs. |
| 12/04/19 | Review plaintiffs' opposition to OSC and outline arguments for reply to same. | 3057 | 1.40 hrs. |
| 12/04/19 | Review plaintiffs' opposition to ex parte motion to dismiss, all supporting declarations and documents, outline and begin work on reply brief to same. | 3065 | 8.60 hrs. |

Exhibit 1  
Page 11

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

0XPC-303330  Allstate - Baker, Alan - Claim # 0517768
Peter H. Klee

December 20, 2019
Invoice 370041942
Page 3 of 10

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 12/04/19 | Research plaintiff's argument that California's Anti-SLAPP statute (California Code of Civil Procedure section 425.16) prevents him from the consequences of his slurs and threats. | 3703 | 2.10 hrs. |
| 12/04/19 | Research plaintiff's argument that California Evidence Code section 1152 prevents him from the consequences of his slurs and threats because they were made in connection with settlement discussions. | 3703 | 1.50 hrs. |
| 12/04/19 | Research plaintiff's argument that California Civil Code section 47 prevents him from the consequences of his slurs and threats because they were made in connection with settlement discussions. | 3703 | 1.10 hrs. |
| 12/04/19 | Draft response to plaintiffs' counsel's arguments that California law immunizes him from being held accountable for his threats and slurs. | 3703 | 1.80 hrs. |
| 12/04/19 | Analyze the two cases plaintiff cites (Seltzer and Goodyear) to support his argument that he cannot be held accountable for his slurs and threats because they were made in connection with settlement discussions. | 3703 | .40 hrs. |
| 12/04/19 | Research argument that proof of threats is not hearsay because it is not offered for the truth of the matter asserted--i.e., that the threats will be followed through with--but instead offered to prove the threat was made. | 3703 | .20 hrs. |
| 12/04/19 | Review and propose edits to reply brief in support of sanctions, disqualification, and dismissal. | 3703 | .90 hrs. |
| 12/04/19 | Research plaintiff's argument that he cannot be held accountable for his slurs and threats because they are protected by the First Amendment. | 3703 | .60 hrs. |

Exhibit 1
Page 12

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

0XPC-303330  Allstate - Baker, Alan - Claim # 0517768
Peter H. Klee

December 20, 2019
Invoice 370041942
Page 4 of 10

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 12/04/19 | Begin researching authority to support the argument that cases have been dismissed for less than what plaintiffs' lawyer has done in this case. | 3703 | .50 hrs. |
| 12/04/19 | Begin researching authority to support the argument that lawyers have been disqualified for less than what plaintiffs' lawyer has done in this case. | 3703 | .20 hrs. |
| 12/04/19 | Research authority to support the argument that lawyers have been disbarred for less than what plaintiffs' lawyer has done in this case. | 3703 | .90 hrs. |
| 12/05/19 | Help draft reply brief regarding OSC motion. | 3057 | .80 hrs. |
| 12/05/19 | Continue review of opposition and work on reply to motion to dismiss/disqualify and supporting documents. | 3065 | 4.50 hrs. |
| 12/05/19 | Review numerous correspondence re Attorney Hook based on conduct. | 3065 | .30 hrs. |
| 12/05/19 | Continue researching authority to support the argument that lawyers have been disqualified for less than what plaintiffs' lawyer has done in this case. | 3703 | .40 hrs. |
| 12/05/19 | Continue researching authority to support the argument that cases have been dismissed for less than what plaintiffs' lawyer has done in this case. | 3703 | .30 hrs. |

Exhibit 1
Page 13

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

0XPC-303330  Allstate - Baker, Alan - Claim # 0517768
Peter H. Klee

December 20, 2019
Invoice 370041942
Page 5 of 10

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 12/05/19 | Review and propose further edits to reply brief in support of sanctions, disqualification, and dismissal to keep filing below 10 pages. | 3703 | 1.40 hrs. |
| 12/06/19 | Review more information from numerous online sources and exchange correspondence with counsel with previous experience with Attorney Hook in preparation for order to show cause hearing. | 3065 | 1.00 hrs. |
| 12/09/19 | **PRIVILEGED** | 3057 | 1.20 hrs. |
| 12/09/19 | **PRIVILEGED** | 3065 | .20 hrs. |
| 12/09/19 | **PRIVILEGED** | 3703 | 1.70 hrs. |

Exhibit 1
Page 14

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

0XPC-303330  Allstate - Baker, Alan - Claim # 0517768
Peter H. Klee

December 20, 2019
Invoice 370041942
Page 6 of 10

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 12/10/19 | Review and evaluate response to additional correspondence from media re order to show cause hearing. | 3065 | .20 hrs. |
| 12/11/19 | Review plaintiffs' substitution of counsel and response to OSC and evaluate potential impact of same and related strategies. | 3057 | .60 hrs. |
| 12/11/19 | PRIVILEGED | 3065 | .60 hrs. |
| 12/11/19 | Review new media and press inquiries re order to show cause and statements from Attorney Hook. | 3065 | .40 hrs. |
| 12/11/19 | Analyze additional security issues re order to show cause hearing. | 3065 | .20 hrs. |
| 12/11/19 | Review new filings re substitution of attorney and new opposition re ex parte application. | 3065 | .40 hrs. |
| 12/11/19 | Review filing by Oliver and Baker contending they had no knowledge of Hook's emails or filings. | 3703 | .40 hrs. |

Exhibit 1
Page 15

# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

---

0XPC-303330  Allstate - Baker, Alan - Claim # 0517768                            December 20, 2019
Peter H. Klee                                                                     Invoice 370041942
                                                                                    Page 7 of 10

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|------|------------------------|------|-------|
| 12/12/19 | Review plaintiffs' objections to Hook's association of counsel. | 3065 | .10 hrs. |
| 12/12/19 | Analyze issues re new attorney ability to appear at hearing before court approves substitution. | 3065 | .30 hrs. |
| 12/12/19 | Research whether counsel can make filings before court has approved substitution. | 3703 | .70 hrs. |
| 12/13/19 | Review documents and new media articles in preparation for order to show cause hearing. | 3065 | .70 hrs. |
| 12/14/19 | Review pod cast with Attorney Hook and analyze additional issues to be raised at order to show cause hearing. | 3065 | .70 hrs. |
| 12/15/19 | Review all filings and relevant legal authority regarding upcoming OSC hearing and prepare outline of argument for hearing. | 3057 | 2.50 hrs. |

Exhibit 1
Page 16

**SheppardMullin**

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071-1422
213-620-1780 main
213-620-1398 main fax

0XPC-303330  Allstate - Baker, Alan - Claim # 0517768                                    December 20, 2019
Peter H. Klee                                                                             Invoice 370041942
                                                                                          Page 8 of 10

## FEE DETAIL

| Date | Description of Services | Tkpr | Hours |
|---|---|---|---|
| 12/16/19 | Travel to/from OSC hearing in Los Angeles. | 3057 | 5.00 hrs. |
| 12/16/19 | Attend OSC hearing. | 3057 | .70 hrs. |
| 12/16/19 | Meet with Mr. Romero, prepare for and attend court hearing on ex parte and order to show cause re Attorney Hook. | 3065 | 1.60 hrs. |
| 12/16/19 | Travel to and from Los Angeles for order to show cause hearing. | 3065 | 4.00 hrs. |
| 12/16/19 | Review additional correspondence from media re order to show cause hearing. | 3065 | .30 hrs. |
| 12/16/19 | Review minute order on hearing. | 3065 | .10 hrs. |
| 12/17/19 | Research re and prepare temporary restraining order and further orders after hearing on order to show cause. | 3065 | 1.70 hrs. |
| 12/17/19 | Review documents and bills to submit costs to court per order at hearing. | 3065 | .50 hrs. |
| 12/17/19 | Review additional information on Attorney Hook and responses to media and correspondence to clients re same. | 3065 | .40 hrs. |

Exhibit 1
Page 17