SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 111707
MARC J. FELDMAN, Cal. Bar No. 144830
JACK F. BURNS, Cal. Bar No. 290523
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:  619.234.3815
E mail     pklee@sheppardmullin.com
            mfeldman@sheppardmullin.com
            jburns@sheppardmullin.com

Attorneys for Defendants Allstate Insurance Company

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BAKER, LINDA B. OLIVER,<br><br>          Plaintiffs,<br><br>  v.<br><br>ALLSTATE INSURANCE COMPANY, EDWARD CARRASCO, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 2:19-cv-08024-ODW-JC<br><br>**DECLARATION OF PETER H. KLEE IN SUPPORT OF ALLSTATE'S MEMORANDUM OF COSTS AND FEES**<br><br>Hon. Otis D. Wright II<br><br>Dept:   First Street Courthouse, Courtroom 5D<br><br>Complaint Filed: August 16, 2018<br>Trial Date: Not yet set. |

I, Peter H. Klee, declare as follows:

1.    I am an attorney with Sheppard, Mullin, Richter & Hampton LLP, attorneys for Allstate Insurance Company in this lawsuit. I have personal knowledge of the following facts.

2.    I am the billing partner for this case. I am submitting this declaration in in support of the memorandum of costs and fees that the Court ordered Allstate to file as set forth in the Court's December 19, 2019 Minute Order (DKT 37).

3. As set forth in Allstate's memorandum of costs and fees, from the time Mr. Hook began sending the emails leading to Allstate's ex parte application, my partner Marc Feldman, my associate Jack Burns, and I have spent at least 88.8 hours at a cost to Allstate of at least $41,748 in connection with Allstate's ex parte application. Specifically, I spent at least 16.8 hours at a rate of $490 per hour, Mr. Feldman spent at least 46.8 hours at a rate of $490 per hour, and Mr. Burns spent at least 25.2 hours at a rate of $420 per hour. These amounts include all of the three attorneys' time spent reviewing and evaluating Mr. Hook's numerous emails, researching and preparing the initial ex parte application and supporting documents, reviewing and evaluating Mr. Hook's opposition, researching and preparing Allstate's reply papers, traveling to and attending the hearing (Mr. Klee and Mr. Feldman only), and preparing the Order requested by the Court.

4. Detailed time entries describing the work done and time expended are contained in the billing records attached to Allstate's memorandum of costs. The descriptions contained in four entries have been redacted based on attorney-client privilege and the attorney work product doctrine. These redacted entries total 3.8 hours representing $1,697 in fees.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed in San Diego, California on December 31, 2019.

             *s/Peter H. Klee*
             PETER H. KLEE, ESQ.