SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 111707
MARC J. FELDMAN, Cal. Bar No. 144830
JOHN F. BURNS, Cal. Bar No. 290523
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:   619.338.6500
Facsimile:   619.234.3815
E mail      pklee@sheppardmullin.com
             mfeldman@sheppardmullin.com
             jburns@sheppardmullin.com

Attorneys for Allstate Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BAKER,<br>LINDA B. OLIVER,<br><br>          Plaintiffs,<br><br>   v.<br><br>ALLSTATE INSURANCE COMPANY,<br>EDWARD CARRASCO, and DOES 1<br>through 10, inclusive,<br><br>          Defendants. | Case No. 2:19-cv-08024-ODW-JC<br><br>[Removed from Los Angeles County Superior Court, Case No. 19STCV28664]<br><br>**PROOF OF SERVICE**<br><br>[Complaint Filed: August 13, 2019]<br>Trial Date:   None set |

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, 19th Floor, San Diego, CA 92101-3598.

On December 31, 2019, I served true copies of the following document(s) described as:

1.

on the interested parties in this action as follows:

| | |
|---|---|
| Christopher G. Hook<br>Law Offices of Christopher G. Hook<br>4264 Overland Avenue<br>Culver City, California 90230 | **Attorneys for Plaintiffs'**<br><br>Tel: (310) 839-5179<br>Email: chris@cghlaw.com<br>**By CM/ECF** |
| Matthew B. O'Hanlon<br>Barnes & Thornburg LLP<br>2029 Century Park East, Ste. 300<br>Los Angeles, CA 90067 | **Co-Counsel for Plaintiffs'**<br><br>Tel: (310) 284-3878<br>Email: matthew.o'hanlon@btlaw.com<br>**By CM/ECF** |

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

| | |
|---|---|
| Heather Rosing<br>Dave Majchrzak<br>Monica Mancilla<br>Maria Suarez-Lopez<br>Klinedinst<br>501 West Broadway, Suite 600<br>San Diego, CA 92101 | **Attorneys for Christopher G. Hook**<br><br>Tel: (619) 239-8131<br>Email: hrosing@klinedinstlaw.com<br>dmajchrzak@klinedinstlaw.com<br>mmancilla@klinedinstlaw.com<br>msuarez-lopez@klinedinst.law.com |

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address jjohns@sheppardmullin.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 31, 2019, at San Diego, California.

_____
Judy Johns