HHeather L. Rosing, Bar No. 183986
hrosing@klinedinstlaw.com
David M. Majchrzak, Bar No. 220860
dmajchrzak@klinedinstlaw.com
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707

Attorneys for Christopher Hook

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALAN BAKER, LINDA B. OLIVER, <br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, EDWARD CARRASCO, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-08024-ODW-JC<br><br>**CHRISTOPHER HOOK'S EX PARTE APPLICATION FOR LEAVE TO FILE RESPONSE**<br><br>Judge:     Hon. Hon. Otis D. Wright II<br>Crtrm.:    5D<br><br>Trial Date:  None set |

On December 19, 2019, the Court issued an order for Defendant Allstate Insurance Company to file a memorandum of costs and fees and a proposed order with the Court within fourteen days relating to monetary fees sanctions requested to be imposed against Christopher Hook. The Court, however, did not include in its order an opportunity for Mr. Hook to respond.

On December 31, 2019, Allstate filed a memorandum of costs and fees and a supporting declaration of Peter Klee. Mr. Klee has indicated that Allstate will not object to Mr. Hook or his counsel responding to the submission. Mr. Hook therefore requests fourteen days to file a response to the imposition and amount of sanctions requested by Allstate. Accordingly, if this application is granted, his response would be due on January 14, 2020. Permitting a reasonable time to respond would be

consistent with the general procedural requirements for imposition of sanctions. *See Nuwesra v. Merrill Lynch, Fenner & Smith, Inc.*, 174 F.3d 87 (2d Cir. 1999) ( "In particular, 'a sanctioned attorney must receive specific notice of the conduct alleged to be sanctionable and the standard by which that conduct will be assessed, and an opportunity to be heard on that matter.'"(citing *Ted Lapidus, S.A. v. Vann*, 112 F.3d 91, 97 (2d Cir. 1997) ); *accord Miller v. Cardinale (In re DeVille)*, 361 F.3d 539, 548 (9th Cir. 2004).

KLINEDINST PC

DATED:  January 3, 2020

By: /s/ David Majchrzak
Heather L. Rosing
David M. Majchrzak
Attorneys for Christopher Hook

18209873.1