Heather L. Rosing, Bar No. 183986
hrosing@klinedinstlaw.com
David M. Majchrzak, Bar No. 220860
dmajchrzak@klinedinstlaw.com
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707

Attorneys for Christopher Hook

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALAN BAKER, LINDA B. OLIVER,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, EDWARD CARRASCO, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-08024-ODW-JC<br><br>**DECLARATION OF DAVID MAJCHRZAK IN SUPPORT OF CHRISTOPHER HOOK'S EX PARTE APPLICATION FOR LEAVE TO FILE RESPONSE**<br><br>Judge:     Hon. Hon. Otis D. Wright II<br>Crtrm.:    5D<br><br>Trial Date:  None set |

I, David M. Majchrzak, hereby declare:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California. I am an attorney with the law firm of Klinedinst PC, attorneys for Christopher Hook in this action.

2. I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

3. Our office met and conferred regarding the subject of this ex parte application. On December 23, 2019 and again on December 26, 2019, Heather Rosing of my office sent an email to Peter Klee and Mark Feldman of Sheppard

Mullin, counsel of record for Allstate Insurance Company, with a copy to me, asking whether Allstate would stipulate to Mr. Hook responding to the memorandum of costs and fees that Allstate would submit. On December 26, 2019, Mr. Klee sent an email to Ms. Rosing with a copy to me stating that Allstate would "not object to Mr. Hook or his counsel responding to the submission." A true and correct copy of the email chain is attached hereto as exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed in San Diego, California on this 3rd day of January 2020.

/s/ David Majchrzak
David M. Majchrzak

18209902.1