# Exhibit A

**David Majchrzak**

| | |
|---|---|
| **From:** | Peter Klee <PKlee@sheppardmullin.com> |
| **Sent:** | Thursday, December 26, 2019 12:57 PM |
| **To:** | Heather Linn Rosing; Marc Feldman |
| **Cc:** | David Majchrzak |
| **Subject:** | RE: Baker v. Allstate |

Heather,

On Monday, we will file the memo of costs requested by the court. We will not object to Mr. Hook or his counsel responding to the submission.

Peter H. Klee
+1 619-338-6624 | direct
PKlee@sheppardmullin.com | Bio

**SheppardMullin**
501 West Broadway, 19th Floor
San Diego, CA 92101-3598
+1 619-338-6500 | main
www.sheppardmullin.com | LinkedIn | Twitter

**From:** Heather Linn Rosing <HRosing@Klinedinstlaw.com>
**Sent:** Thursday, December 26, 2019 12:01 PM
**To:** Peter Klee <PKlee@sheppardmullin.com>; Marc Feldman <MFeldman@sheppardmullin.com>
**Cc:** David Majchrzak <DMajchrzak@Klinedinstlaw.com>
**Subject:** Re: Baker v. Allstate

Peter and Marc, hi. Just checking to ensure you received my email. Please let me know. Happy holidays.

Heather

**Heather Linn Rosing**
Shareholder and CFO
Klinedinst PC



| | | |
|---|---|---|
| | **San Diego** | 501 W Broadway, Ste. 600<br>San Diego, CA 92101<br>(619) 239-8131 |
| CALIFORNIA<br>LAWYERS<br>ASSOCIATION | **Los Angeles** | 777 S. Figueroa St., Ste. 2800<br>Los Angeles, CA 90017<br>(213) 406-1100 |
| | | (619) 990-5566 Mobile |

Past President
and Proud Member

NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for the individual or entity to which it
mail to the named addressee, be advised that you have received this e-mail in error and you are prohibited from any dissemination, distribution

On Dec 23, 2019, at 9:38 AM, Heather Linn Rosing <HRosing@klinedinstlaw.com> wrote:

Peter and Marc, good morning and happy holidays.

As you may have seen in the paper, we are representing Mr. Hook with regard to the current request for sanctions pending before Judge Otis Wright. Please direct all communications and service of process to us going forward. While we are not yet registered on PACER for this case, we are happy to accept electronic service going forward. Please include the following individuals:

Heather Rosing; HRosing@Klinedinstlaw.com
Dave Majchrzak; DMajchrzak@Klinedinstlaw.com
Monica Mancilla; MMancilla@Klinedinstlaw.com; msuarez-lopez@klinedinstlaw.com
Maria Suarez-Lopez; msuarez-lopez@klinedinstlaw.com

We have seen Peter's December 18 declaration, and Judge Wright's December 19 order asking your firm to submit a memorandum of fees and costs and a proposed order within 14 days. If you could let us know when you will be submitting this, so we can plan our schedules accordingly, we would appreciate it. We would also potentially like to respond to your submission, and would ask for your stipulation regarding the same, for consideration by Judge Wright. Please let us know.

If you have any questions for us, please reach out to me or David at any time. Thanks for your courtesies, and, again, happy holidays.

Heather Rosing

**Heather Linn Rosing**
Shareholder and CFO
Klinedinst PC



| | San Diego | 501 W Broadway, Ste. 600<br>San Diego, CA 92101<br>(619) 239-8131 |
|---|---|---|
| CALIFORNIA<br>LAWYERS<br>ASSOCIATION | Los Angeles | 777 S. Figueroa St., Ste. 2800<br>Los Angeles, CA 90017<br>(213) 406-1100 |
| | | (619) 990-5566 Mobile |

Past President
and Proud Member

NOTICE: This e-mail (including any files transmitted with it) is being sent by a law firm. It is intended only for the individual or entity to which it mail to the named addressee, be advised that you have received this e-mail in error and you are prohibited from any dissemination, distribution

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.