# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALAN BAKER, LINDA B. OLIVER,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, EDWARD CARRASCO, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-08024-ODW(JC)<br><br>**ORDER GRANTING LEAVE TO FILE RESPONSE**<br><br>Judge:     Hon. Hon. Otis D. Wright II<br>Crtrm.:    5D<br><br>Trial Date:   None set |

On January 2, 2020, Christopher Hook, by and through counsel, requested leave to file a response to the imposition and amount of sanctions requested by Allstate Insurance Company by Tuesday, January 14, 2020. For good cause shown, it is hereby ordered that Mr. Hook's request for leave to file a response by January 14, 2020 is **GRANTED**.

**IT IS HEREBY ORDERED.**

DATED:  January 3, 2020         By: _____
                                    Otis D. Wright, II
                                    United States District Judge

---

1

[PROPOSED] ORDER GRANTING LEAVE TO FILE RESPONSE