Heather L. Rosing, Bar No. 183986
hrosing@klinedinstlaw.com
David M. Majchrzak, Bar No. 220860
dmajchrzak@klinedinstlaw.com
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707

Attorneys for Christopher Hook

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALAN BAKER, LINDA B. OLIVER,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, EDWARD CARRASCO, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-08024-ODW-JC<br><br>**DECLARATION OF CHRISTOPHER J. HOOK IN SUPPORT OF RESPONSE TO ALLSTATE INSURANCE COMPANY'S REQUEST FOR IMPOSITION OF SANCTIONS**<br><br>Judge:  Hon. Hon. Otis D. Wright II<br>Crtrm.: 5D<br><br>Trial Date: None set |

I, Christopher G. Hook, hereby declare:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California and the United State District Court for the Central District of California.

2. I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

3. I have been admitted to practice law since 2008 and have no previous record for discipline.

/ / /

DECLARATION OF CHRISTOPHER J. HOOK REGARDING RESPONSE TO SANCTIONS REQUEST

4. I have been dealing with the recent loss of a close family member. As a result of that, I still have some emotions that have been raw, and I have sought assistance in dealing with them.

5. In this litigation, my interactions with Allstate's counsel were unlike those that I had previously had with the same law firm in other matters. I became frustrated and reacted in a way that I have since apologized for. Allstate's counsel neither met and conferred with me regarding the language I used or attempted to resolve any disputes that arose out of my language before seeking court intervention. Had Allstate done so, I would have immediately addressed the issue, as evidenced by my conduct, which has not involved any foul language, following my receipt of notice of the ex parte application, my first notice that Allstate viewed my language as a problem.

6. Notwithstanding the emails that I sent as part of private settlement negotiations, my conduct in deposing witnesses in this matter, in pleadings and law and motion, and other communications has been free of any foul language or other uncivil conduct.

7. I have previously apologized to the Court and to Allstate's counsel for my conduct and do so again.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed in Los Angeles, California on this 14th day of January 2020.

_____
Christopher G. Hook