1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 111707
MARC J. FELDMAN, Cal. Bar No. 144830
JACK F. BURNS, Cal. Bar No. 290523
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:   619.338.6500
Facsimile:   619.234.3815
E mail       pklee@sheppardmullin.com
             mfeldman@sheppardmullin.com

Attorneys for Defendants
ALLSTATE INSURANCE COMPANY

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BAKER,<br>LINDA B. OLIVER,<br><br>             Plaintiffs,<br><br>      v.<br><br>ALLSTATE INSURANCE<br>COMPANY, EDWARD CARRASCO,<br>and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 2:19-cv-08024-ODW-JC<br><br>**DECLARATION OF PETER H. KLEE IN SUPPORT OF REPLY**<br><br>Hon. Otis D. Wright II<br><br>Dept:       First Street Courthouse, Courtroom 5D<br><br>Complaint Filed: August 16, 2018<br>Trial Date:  Not yet set. |

-1-

I, Peter H. Klee, declare as follows:

1.     I am an attorney with Sheppard, Mullin, Richter & Hampton LLP, attorneys for Allstate Insurance Company in this lawsuit.  I have personal knowledge of the following facts.

2.     Christopher Hook has never apologized to Allstate or its lawyers – whether in writing or verbally – for any of his misconduct in this case, or for causing family members to fear for their safety.

3.     Every time entry included in Allstate's bill of costs reflects time that Allstate's counsel had to spend as a direct result of Mr. Hook's misconduct, and the arguments he raised in his opposition brief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed in San Diego,

California on January 17, 2020.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By     _____
                    */s/ Peter Klee*
                PETER H. KLEE