**BARNES & THORNBURG LLP**
David P. Schack (SBN 106288)
david.schack@btlaw.com
Matthew B. O'Hanlon (SBN 253648)
matthew.o'hanlon@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067-3012
Telephone: 310-284-3880
Facsimile:   310-284-3894

Attorneys for Plaintiffs Alan Baker
and Linda B. Oliver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BAKER, LINDA B. OLIVER; | Case No. 2:19-cv-08024-ODW-JC |
| Plaintiffs, | **NOTICE OF CONDITIONAL SETTLEMENT** |
| v. | |
| ALLSTATE INSURANCE COMPANY, EDWARD CARRASCO, and DOES 1 through 10, inclusive, | |
| Defendants. | |

1  **TO THE COURT AND ALL PARTIES AND ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** pursuant to Local Rule 40-2 that the parties have

3  reached a conditional settlement in principle of the case.  The deadline to fulfill the

4  settlement terms will be 15 days after execution of a settlement agreement, which has

5  yet to occur.  Once the settlement terms have been fulfilled, the parties will submit a

6  stipulation for dismissal of the case with prejudice.

**BARNES & THORNBURG LLP**

Dated:  January 17, 2020        By:  /s/ Matthew B. O'Hanlon
　　　　　　　　　　　　　　　　　　　　David P. Schack
　　　　　　　　　　　　　　　　　　　　david.schack@btlaw.com
　　　　　　　　　　　　　　　　　　　　Matthew B. O'Hanlon
　　　　　　　　　　　　　　　　　　　　matthew.o'hanlon@btlaw.com
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs Alan Baker and
　　　　　　　　　　　　　　　　　　　　Linda B. Oliver