# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | 2:19-cv-08024-ODW (JCx) | Date | January 21, 2020 |
|---|---|---|---|
| Title | *Alan Baker et al v. Allstate Insurance Company et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**  **In Chambers**

In light of the parties' recent Notice of Settlement (ECF No. 48), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, no later than **February 3, 2020,** why settlement has not been finalized. **No hearing will be held.** All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |