**BARNES & THORNBURG LLP**
David P. Schack (SBN 106288)
david.schack@btlaw.com
Matthew B. O'Hanlon (SBN 253648)
matthew.o'hanlon@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067-3012
Telephone: 310-284-3880
Facsimile:   310-284-3894

Attorneys for Plaintiffs Alan Baker
and Linda B. Oliver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BAKER, LINDA B. OLIVER; <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, EDWARD CARRASCO, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:19-cv-08024-ODW-JC <br><br> **JOINT RESPONSE TO ORDER TO SHOW CAUSE RE FINALIZATION OF SETTLEMENT [DKT. NO. 49]** |

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

Plaintiffs Alan Baker (collectively, "Plaintiffs") and Linda B. Oliver and Defendant Allstate Insurance Company (collectively, the "Parties") submit the following response to the Court's order to show cause re finalization of settlement [Dkt. No. 49]. Due to unforeseen circumstances—including issues with Plaintiffs' former attorney Christopher G. Hook—the Parties continue to negotiate the terms of settlement. The Parties anticipate concluding those negotiations and being able to advise the Court regarding whether a settlement has been entered into by Monday, February 10, 2020.

**BARNES & THORNBURG LLP**

Dated: February 3, 2020         By: /s/ Matthew B. O'Hanlon
                                David P. Schack
                                david.schack@btlaw.com
                                Matthew B. O'Hanlon
                                matthew.o'hanlon@btlaw.com
                                Attorneys for Plaintiffs Alan Baker and
                                Linda B. Oliver

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

Dated: February 3, 2020         By: /s/ Marc J. Feldman (with permission)
                                Marc J. Feldman
                                MFeldman@sheppardmullin.com
                                Jack Burns
                                JBurns@sheppardmullin.com
                                Attorneys for Defendant Allstate
                                Insurance Company

### SIGNATURE CERTIFICATION

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 3, 2020         By: /s/ Matthew B. O'Hanlon
                                Matthew B. O'Hanlon