**BARNES & THORNBURG LLP**
David P. Schack (SBN 106288)
david.schack@btlaw.com
Matthew B. O'Hanlon (SBN 253648)
matthew.o'hanlon@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067-3012
Telephone:  310-284-3880
Facsimile:    310-284-3894

Attorneys for Plaintiffs Alan Baker
and Linda B. Oliver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BAKER, LINDA B. OLIVER;<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, EDWARD CARRASCO, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-08024-ODW-JC<br><br>**UPDATED JOINT RESPONSE TO ORDER TO SHOW CAUSE RE FINALIZATION OF SETTLEMENT [DKT. NO. 49]** |

**UPDATED JOINT RESPONSE TO ORDER TO SHOW CAUSE
RE FINALIZATION OF SETTLEMENT [DKT. NO. 49]**

Plaintiffs Alan Baker and Linda B. Oliver and Defendant Allstate Insurance Company (collectively, the "Parties") submit the following updated response to the Court's order to show cause re finalization of settlement [Dkt. No. 49].  The Parties have entered into a binding settlement agreement effective as of February 21, 2020.  The deadline to fulfill the settlement terms is March 6, 2020.  Assuming timely fulfillment of the settlement terms, the Parties will file a stipulation for dismissal of this action with prejudice (with the Court to retain jurisdiction over Defendant Allstate Insurance Company's pending request for sanctions against Christopher G. Hook [Dkt. Nos. 39-40]) on or before March 13, 2020.

**BARNES & THORNBURG LLP**

Dated:  February 24, 2020     By: /s/ Matthew B. O'Hanlon
David P. Schack
david.schack@btlaw.com
Matthew B. O'Hanlon
matthew.o'hanlon@btlaw.com
Attorneys for Plaintiffs Alan Baker and Linda B. Oliver

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

Dated:  February 24, 2020     By: /s/ Marc J. Feldman (with permission)
Marc J. Feldman
MFeldman@sheppardmullin.com
Jack Burns
JBurns@sheppardmullin.com
Attorneys for Defendant Allstate Insurance Company

## SIGNATURE CERTIFICATION

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 24, 2020     By: /s/ Matthew B. O'Hanlon
Matthew B. O'Hanlon