**BARNES & THORNBURG LLP**
David P. Schack (SBN 106288)
david.schack@btlaw.com
Matthew B. O'Hanlon (SBN 253648)
matthew.o'hanlon@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067-3012
Telephone: 310-284-3880
Facsimile:   310-284-3894

Attorneys for Plaintiffs Alan Baker
and Linda B. Oliver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BAKER, LINDA B. OLIVER;<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALLSTATE INSURANCE COMPANY, EDWARD CARRASCO, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-08024-ODW-JC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE (FRCP 41) WITH RETENTION OF JURISDICTION OVER SANCTIONS REQUEST [DKT NOS. 39-40 ]** |

**STIPULATION OF DISMISSAL WITH PREJUDICE (FRCP 41) WITH RETENTION OF JURISDICTION OVER SANCTIONS REQUEST [DKT NOS. 39-40]**

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice, with the parties to bear their own attorneys' fees and costs, with the Court to retain jurisdiction over Defendant Allstate Insurance Company's request for sanctions against Christopher G. Hook [Dkt. Nos. 39-40] and the Court's award in connection therewith.

**IT IS SO STIPULATED.**

**BARNES & THORNBURG LLP**

Dated: March 10, 2020   By: /s/ Matthew B. O'Hanlon
David P. Schack
david.schack@btlaw.com
Matthew B. O'Hanlon
matthew.o'hanlon@btlaw.com
Attorneys for Plaintiffs Alan Baker and Linda B. Oliver

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

Dated: March 10, 2020   By: /s/ Marc J. Feldman
Marc J. Feldman
MFeldman@sheppardmullin.com
Jack Burns
JBurns@sheppardmullin.com
Attorneys for Defendant Allstate Insurance Company

**SIGNATURE CERTIFICATION**

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 10, 2020   By: /s/ Matthew B. O'Hanlon
Matthew B. O'Hanlon

Barnes & Thornburg LLP
Attorneys At Law
Los Angeles

1

**STIPULATION OF DISMISSAL WITH PREJUDICE (FRCP 41) WITH RETENTION OF JURISDICTION OVER SANCTIONS REQUEST [DKT NOS. 39-40]**