1
2
3
4
5
6
7

UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALAN BAKER,<br>LINDA B. OLIVER,<br><br>   Plaintiffs,<br><br>   v.<br><br>ALLSTATE INSURANCE COMPANY, EDWARD CARRASCO, and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 2:19-cv-08024-ODW-JC<br><br>**[PROPOSED] ORDER DISMISSING ACTION**<br><br>Hon. Otis D. Wright II<br><br>Dept:   First Street Courthouse, Courtroom 5D<br><br>Complaint Filed: August 16, 2018<br>Trial Date: Not yet set. |
|---|---|

Based on the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. This action is dismissed with prejudice;
2. The Court retains jurisdiction with respect to Defendant Allstate Insurance Company's request for sanctions against Christopher G. Hook [Dkt. Nos. 39-40] and the Court's award in connection therewith;
3. The parties shall bear their own costs and attorneys' fees.

**IT IS HEREBY ORDERED.**

Dated:_____      _____
                                          Otis D. Wright, II
                                          United States District Judge