**JS-6**

# UNITED STATE DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN BAKER, LINDA B. OLIVER, <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, EDWARD CARRASCO, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:19-cv-08024-ODW(JC) <br><br> **ORDER DISMISSING ACTION** <br><br> Hon. Otis D. Wright II <br><br> Dept: First Street Courthouse, Courtroom 5D <br><br> Complaint Filed: August 16, 2018 <br> Trial Date: Not yet set. |

Based on the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. This action is dismissed with prejudice;
2. The Court retains jurisdiction with respect to Defendant Allstate Insurance Company's request for sanctions against Christopher G. Hook [Dkt. Nos. 39-40] and the Court's award in connection therewith;
3. The parties shall bear their own costs and attorneys' fees.

**IT IS HEREBY ORDERED.**

Dated: March 11, 2020

Otis D. Wright, II
United States District Judge